UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WESTPORT INSURANCE CORP.

      Vs.                                CASE NO. 3:02CV01824(AVC)

TOWN OF BRANFORD, ET AL

### ORDER

On August 20, 2003 this Court granted Defendant's Motion to Stay this matter until January 28, 2004 and further ordered the parties to file a joint status report by February 11, 2004. The above referenced stay having now expired and no status report having been filed; it is hereby ORDERED:

That the parties submit a joint status report by March 2, 2004, reporting on the status of this matter and setting forth proposed deadlines for the Court to establish a new scheduling order.

SO ORDERED.

Dated at Hartford, Connecticut, this 18th day of February, 2004.

_____
Alfred V. Covello
United States District Judge