UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WESTPORT INSURANCE CORP.

    Vs.                                CASE NO. 3:02CV1824(AVC)

TOWN OF BRANFORD, ET AL

<u>ORDER RE: STATUS REPORT</u>

The parties, having failed to comply with the Court's order dated February 19, 2004 setting March 2, 2004 as the date for filing of a joint status report reporting on this matter and setting forth proposed deadlines for the Court to establish a new scheduling order; it is hereby

ORDERED pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, that parties file and serve on or before April 15, 2004, a status report showing why this action should not be dismissed for failure to prosecute.

SO ORDERED.

Dated at Hartford, Connecticut, this 31st day of March, 2004.

                                                      /s/ AVC
                                                      Alfred V. Covello
                                                      United States District Judge