UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION | : | CIVIL ACTION NO. |
| Plaintiff | : | 3 02 CV 1824 AVC |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF BRANFORD: GEORGETTE LASKE, MARGARET HALL, EDWARD MASOTTA, THOMAS WOODFORD and THE LEGION INSURANCE COMPANY | : | |
| Defendants | : | APRIL 15, 2004 |

## STATUS REPORT

The defendants in the captioned matter respectfully submit the following status report in compliance with this Court's March 31, 2004 Order.

This action has been stayed due to the orders of the Pennsylvania State Court, which has ordered the liquidation of Legion Insurance Company. The Pennsylvania State Court has permanently stayed all litigation against Legion Insurance Company and established a claims procedure for filing of claims against the assets of the defunct insurer.

It is respectfully submitted that this matter cannot proceed against Legion Insurance Company as a defendant. On the other hand, the Connecticut Insurance Guaranty Association has already assumed its statutory obligations in consequence of the liquidation of Legion Insurance Company in connection with the underlying matter of <u>Barrone v. Town of Branford</u> and would not object to being substituted for Legion Insurance Company as

party defendant in the event the plaintiff feels the need to continue this litigation. The undersigned counsel called today to speak to plaintiff's counsel regarding this development and this status report but was unable to speak to plaintiff's counsel and therefore cannot report whether the case will proceed with the substituted defendant.

    A status conference may be appropriate in order to determine the future of this action and establish deadlines for future activity if it is to proceed.

THE DEFENDANTS

BY_____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut  06126-1798
(860) 525-3101    Fed Bar # ct05733

2

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 15th day of April 2004, to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, Connecticut  06105
(860) 522-8338

                                                      _____
                                                      Jack G. Steigelfest
                                                      Howard, Kohn, Sprague & FitzGerald