UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

May 27, 2004

2:00 p.m.

CASE NO. **3:02CV1824 (AVC) Westport Insurance Co. V. Town of Branford, et al**

Jack G. Steigelfest
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham St., PO Box 261798
Hartford, CT 06126-1798


Michael S. Taylor
Horton, Shields & Knox
90 Gillett St.
Hartford, CT 06105


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

PARTIES TO INITIATE CONFERENCE CALL & CONTACT CHAMBERS AT 860-240-3218