UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WESTPORT INSURANCE CO.,
  Plaintiff,

v.                          Civil No. 3:02CV1824(AVC)

TOWN OF BRANFORD, GEORGETTE
LASKE, MARGARET HALL, EDWARD
MASSOTTA, THOMAS WOODFORD and
LEGION INSURANCE COMPANY,
  Defendants.

SCHEDULING ORDER

(1) The plaintiff and defendant shall have to and including June 20, 2004, to file motions to join additional parties;

(2) *all* discovery, including depositions of *all* witnesses, shall be completed by August 31, 2004;

(3) the parties shall exchange a damage analysis, if necessary, on or before August 31, 2004;

(4) all motions, except motions *in limine* incident to a trial, shall be filed on or before September 30, 2004;

(5) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on October 29, 2004 and

(6) the case shall be ready for trial by November 30, 2004.

    It is so ordered this 27TH day of May, 2004, at Hartford, Connecticut.

                               Alfred V. Covello
                               United States District Judge