UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, | : CIVIL ACTION |
| Plaintiff | : NO. 3:02CV1824 AVC |
| | : |
| TOWN OF BRANFORD, GEORGETTE LASKE, | : |
| MARGARET HALL, EDWARD MASOTTA, | : |
| THOMAS WOODFORD and THE LEGION | : |
| INSURANCE COMPANY, | : |
| Defendants | : JUNE 21, 2004 |

**MOTION FOR SUBSTITUTION OF PARTY DEFENDANT**

The Plaintiff, Westport Insurance Corporation, hereby respectfully moves this court for an order substituting the Connecticut Insurance Guaranty Association ("Guaranty Association") as a defendant in this action in place and instead of The Legion Insurance Company ("Legion") due to Legion's rehabilitation and the Order of the Commonwealth Court of Pennsylvania staying all action against Legion pending its liquidation.

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, the Guaranty Association should be duly substituted as defendant in this action because:

The Plaintiff commenced this action by complaint dated October 17, 2002, claiming a declaratory judgment with regard to its obligations under a policy of insurance naming the Defendant Town of Branford as an additional insured. Legion was named as a defendant in this

3:02CV1824(AVC).  July 14, 2004.  There being no objection, the plaintiff's motion for substitution of party defendant (document no. 20) is GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.