UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CO., | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| V. | : | NO. 3:02 CV 1824 AVC |
| | : | |
| TOWN OF BRANFORD, GEORGETTE | : | |
| LASKE, MARGARET HALL, EDWARD | : | |
| MASSOTTA, THOMAS WOODFORD and | : | |
| LEGION INSURANCE COMPANY, | : | |
|     Defendants, | : | |
| | : | AUGUST 31, 2004 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 9, the Plaintiff, Westport Ins. Corp., hereby moves for a thirty day extension of the current deadlines set forth in the Court's Scheduling Order dated May 27, 2004. This is the Plaintiffs first motion for an extension of time. Specifically, the Plaintiff requests that the date for the completion of all discovery be extended to and including September 30, 2004, that the date for the filing of all dispositive motions be extended to and including November 1, 2004 and that the date the case shall be ready for trial be extended to December 30, 2004. Counsel for the Defendants has consented to this motion.

An extension is necessary because the Connecticut Insurance Guaranty Assocation has recently been substituted as a defendant, replacing Legion Insurance Company, which is in receivership. To date the Guaranty Association has not filed an appearance. In addition, this extension is necessitated by the press of business before undersigned counsel, including extensive briefing in the matter of *Alan M. Glazer, et al. v. The Dress Barn, Inc.,* Docket No. SC 17228, currently pending before the

Connecticut Supreme Court, and other trial and appellate matters that have prevented completion of discovery within the time set by the prior scheduling orders and are likely to necessitate the additional time requested for completion of dispositive motions. The Defendants will not be prejudiced by the granting of this motion.

WHEREFORE, the Plaintiff, Westport Ins. Corp., respectfully moves that this Court extend by thirty days the deadlines currently set forth in its Scheduling Order dated May 27, 2004.

By_____
MICHAEL S. TAYLOR
**Horton, Shields & Cormier, P.C.**
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
Fed. Bar ID# CT

SO ORDERED:

_____
U.S.D.C., J.

# **C E R T I F I C A T I O N**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on August 31, 2004 to the following:

Jack G. Steigelfest, Esq.
**Howard, Kohn, Sprague & FitzGerald**
P. O. Box 2617898
Hartford, CT 06126

Connecticut Insurance Guaranty Association
c/o Connecticut Insurance Commissioner
153 Market Street
Hartford, CT 06103

                                                               _____
                                                                MICHAEL S. TAYLOR