UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WESTPORT INSURANCE CO., <br>     Plaintiff, <br><br> V. <br><br> TOWN OF BRANFORD, GEORGETTE LASKE, MARGARET HALL, EDWARD MASSOTTA, THOMAS WOODFORD and LEGION INSURANCE COMPANY, <br>     Defendants, | CIVIL ACTION <br><br> NO. 3:02 CV 1824 AVC <br><br><br><br> AUGUST 31, 2004 |

FILED 2004 AUG 31 P 2:21 U.S. DISTRICT COURT HARTFORD, CT.

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9, the Plaintiff, Westport Ins. Corp., hereby moves for a thirty day extension of the current deadlines set forth in the Court's Scheduling Order dated May 27, 2004. This is the Plaintiffs first motion for an extension of time. Specifically, the Plaintiff requests that the date for the completion of all discovery be extended to and including September 30, 2004, that the date for the filing of all dispositive motions be extended to and including November 1, 2004 and that the date the case shall be ready for trial be extended to December 30, 2004. Counsel for the Defendants has consented to this motion.

An extension is necessary because the Connecticut Insurance Guaranty Assocation has recently been substituted as a defendant, replacing Legion Insurance Company, which is in receivership. To date the Guaranty Association has not filed an appearance. In addition, this extension is necessitated by the press of business before undersigned counsel, including extensive briefing in the matter of *Alan M. Glazer, et al. v. The Dress Barn, Inc.*, Docket No. SC 17228, currently pending before the

September 1, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.