

FILED

2004 SEP -8  P 12: 07

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION<br>Plaintiff | : | CIVIL ACTION NO.<br>3 02 CV 1824 AVC |
| VS. | : | |
| TOWN OF BRANFORD: GEORGETTE LASKE, MARGARET HALL, EDWARD MASOTTA, THOMAS WOODFORD and THE LEGION INSURANCE COMPANY<br>Defendant | : | SEPTEMBER 2, 2004 |

### APPEARANCE

TO:     Clerk, U.S. District Court
        450 Main Street
        Hartford, Connecticut 06106

Please enter the Appearance of Jack G. Steigelfest of the law firm of Howard, Kohn, Sprague & FitzGerald, 237 Buckingham Street, Hartford, Connecticut 06106, Federal Bar No. ct05733, as Attorney for the defendants: Town of Branford: Georgette Laske, Margaret Hall, Edward Masotta, Thomas Woodford and The Legion Insurance Company in the above-captioned matter.

THE DEFENDANTS
TOWN OF BRANFORD: GEORGETTE
LASKE, MARGARET HALL, EDWARD
MASOTTA, THOMAS WOODFORD and
THE LEGION INSURANCE COMPANY


BY_____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut 06126-1798
(860) 525-3101    Fed Bar # ct05733

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed - US Mail- postage prepaid, on this the 3rd day of September, 2004 to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, CT 06105

_____
Jack G. Steigelfest
Commissioner of the Superior Court