FILED

2004 SEP 10 A 11: 49

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION<br>Plaintiff | : | CIVIL ACTION NO.<br>3 02 CV 1824 AVC |
| VS. | : | |
| TOWN OF BRANFORD: GEORGETTE LASKE, MARGARET HALL, EDWARD MASOTTA, THOMAS WOODFORD and THE LEGION INSURANCE COMPANY<br>Defendants | : | SEPTEMBER 8, 2004 |

## MOTION TO COMPEL AND/OR DISMISS

The defendants in the captioned matter respectfully move for an order compelling the plaintiff to file a substituted complaint deleting allegations against Legion Insurance Company and substituting allegations against the Connecticut Insurance Guaranty Association, in conformance with the Motion for Substitution of Party Defendant which was granted by this court on or about July 14, 2004 or, in the absence of such substituted complaint, to dismiss this action in accordance with Fed. R. Civ. P. 12(b)(4) and (6) and U.S.C. §2201.

A memorandum of law in support of this Motion is appended hereto.

THE DEFENDANTS

BY _____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut 06126-1798
(860) 525-3101    Fed Bar # ct05733

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 8TH day of September 2004, to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, Connecticut 06105
(860) 522-8338

_____
Jack G. Steigelfest
Howard, Kohn, Sprague & FitzGerald

2