UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION<br>Plaintiff | CIVIL ACTION NO.<br>3 02 CV 1824 AVC |
| VS. | |
| TOWN OF BRANFORD: GEORGETTE LASKE, MARGARET HALL, EDWARD MASOTTA, THOMAS WOODFORD and THE LEGION INSURANCE COMPANY<br>Defendants | SEPTEMBER 24, 2004 |

## MOTION FOR ORDER

Pursuant to Fed. R. Civ. P. 37 and Local Rule 37, the defendants in the captioned matter respectfully move for an order compelling the plaintiff to comply with the defendants' Request for Production served on or about July 29, 2004 and the entry of such other orders, including sanctions, as may be appropriate.

A memorandum of law in support of this Motion, together with an affidavit of the defendant's good faith efforts to obtain the requested discovery, is appended hereto.

THE DEFENDANTS

BY _____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut 06126-1798
(860) 525-3101   Fed Bar # ct05733

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 24th day of September 2004, to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, Connecticut 06105
(860) 522-8338

_____
Jack G. Steigelfest
Commissioner of the Superior Court

2