UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION : <br> Plaintiff : <br> : <br> VS. : <br> : <br> TOWN OF BRANFORD: GEORGETTE : <br> LASKE, MARGARET HALL, EDWARD : <br> MASOTTA, THOMAS WOODFORD and : <br> THE LEGION INSURANCE COMPANY : <br> Defendants : | CIVIL ACTION NO. <br> 3 02 CV 1824 AVC <br> <br> <br> <br> <br> <br> <br> SEPTEMBER 24, 2004 |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ORDER

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am counsel for the defendants in this action in which the plaintiff seeks a declaratory judgment regarding its insurance policy.

3. By informal letter request dated June 21, 2004, I asked plaintiff's counsel to provide me with a copy of the policy that is the subject of the Complaint. The letter is attached hereto as Exhibit A.

4. When I did not receive the policy in response to this letter, I served a formal discovery request on or about July 29, 2004, making the same request. The discovery request is attached hereto as Exhibit B.

6

5.   I spoke with plaintiff's counsel on August 30, 2004, at which time he indicated that compliance with the discovery request would be provided within the week.

6.   When I did not get compliance with the discovery request, I sent plaintiff's counsel a letter dated September 8, 2004 demanding compliance by the end of the week and stating an intention to file this Motion if compliance was not provided. A copy of this letter is appended as Exhibit C.

7.   Despite reasonable good faith efforts stretching back several months, the plaintiff has still not provided a copy of the insurance policy that underlies this entire dispute.

THE DEFENDANTS

BY _____
Jack G. Steigelfest
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, CT 06126-1798
(860) 525-3101 Juris No. 28160

7

## ORDER

The foregoing Motion having been heard is hereby ordered :

GRANTED / DENIED

BY THE COURT

_____
Judge/Clerk

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 24th day of September 2004, to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, Connecticut 06105
(860) 522-8338

_____
Jack G. Steigelfest
Commissioner of the Superior Court

8