**FILED**

2004 SEP 10 A 11: 49

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION : | CIVIL ACTION NO. |
| Plaintiff : | 3 02 CV 1824 AVC |
| : | |
| VS. : | |
| : | |
| TOWN OF BRANFORD: GEORGETTE : | |
| LASKE, MARGARET HALL, EDWARD : | |
| MASOTTA, THOMAS WOODFORD and : | |
| THE LEGION INSURANCE COMPANY : | |
| Defendants : | SEPTEMBER 8, 2004 |

## MOTION TO COMPEL AND/OR DISMISS

The defendants in the captioned matter respectfully move for an order compelling the plaintiff to file a substituted complaint deleting allegations against Legion Insurance Company and substituting allegations against the Connecticut Insurance Guaranty Association, in conformance with the Motion for Substitution of Party Defendant which was granted by this court on or about July 14, 2004 or, in the absence of such substituted complaint, to dismiss this action in accordance with Fed. R. Civ. P. 12(b)(4) and (6) and U.S.C. §2201.

A memorandum of law in support of this Motion is appended hereto.

FILED 2004 OCT 14 P 4: 4 U.S. DISTRICT COURT HARTFORD CT.

```
3:02CV1824(AVC)    October 14, 2004.  The motion to compel (doc.
no.25) is GRANTED.  The plaintiffs shall have 21 days to amend the
complaint to include the Connecticut Insurance Guaranty Association
(CIGA).  If the plaintiffs fail to amend the complaint, the court
will dismiss the action against CIGA.
SO ORDERED.
                              Alfred V. Covello, U.S.D.J.
```