UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION<br>Plaintiff | : | CIVIL ACTION NO.<br>3 02 CV 1824 AVC |
| VS. | : | |
| TOWN OF BRANFORD: GEORGETTE LASKE, MARGARET HALL, EDWARD MASOTTA, THOMAS WOODFORD and THE LEGION INSURANCE COMPANY<br>Defendant | : | OCTOBER 18, 2004 |

## APPEARANCE

TO:   Clerk, U.S. District Court
      450 Main Street
      Hartford, Connecticut 06106

Please enter the Appearance of Jack G. Steigelfest of the law firm of Howard, Kohn, Sprague & FitzGerald, 237 Buckingham Street, Hartford, Connecticut 06106, Federal Bar No. ct05733, as Attorney for the following defendant, in addition to those for whom appearance has already been entered:

The Connecticut Insurance Guaranty Association.

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160

THE DEFENDANTS
TOWN OF BRANFORD: GEORGETTE LASKE, MARGARET HALL, EDWARD MASOTTA, THOMAS WOODFORD and THE CONNECTICUT INSURANCE GUARANTY ASSOCIATION

BY_____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut 06126-1798
(860) 525-3101   Fed Bar # ct05733


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 18th day of October, 2004, to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, Connecticut 06105
(860) 522-8338

_____
Jack G. Steigelfest
Howard, Kohn, Sprague & FitzGerald