UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION | : | CIVIL ACTION NO. |
| Plaintiff | : | 3 02 CV 1824 AVC |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF BRANFORD:  GEORGETTE LASKE, MARGARET HALL, EDWARD MASOTTA, THOMAS WOODFORD and THE LEGION INSURANCE COMPANY | : | |
| Defendants | : | OCTOBER 29, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

Pursuant to Local Rule 7(b), and in the alternative to the defendants' Motion for Summary Judgment filed this date, the defendants in the captioned matter respectfully move for an extension of time of 30 days until December 1, 2004 to file a substituted dispositive motion addressing the substance of this dispute and a similar extension of the trial ready date for this action until January 31, 2005. This is the defendants' first request for an extension of these deadlines. The moving counsel has inquired of opposing counsel, who is in agreement with respect to the requested extensions.

In support of this Motion, the defendants represent that they are prevented from filing a dispositive motion addressing the substance of this dispute by deficiencies in the plaintiff's pleading and discovery compliance. Despite the court's 10/14/04 Order

granting the defendants' Motion to Compel the filing of a Substituted Complaint naming the Connecticut Insurance Guaranty Association as a defendant in place of Legion Insurance Company pursuant the order granting the plaintiff's motion to substitute party defendant, the plaintiff still has failed or neglected to file the necessary pleading. Further, although plaintiff's counsel has, yesterday, faxed to defendants' counsel portions of the insurance policy that lie at the heart of this dispute, the plaintiff has yet to comply with the defendants' 7/29/04 Request for Production of a complete and accurate copy of the policy that could be used to put the issues before the court by way of dispositive motion. The defendants' Motion to Compel addressed to this discovery noncompliance was filed September 27, 2004 and has not yet been acted upon.

    In light of these deficiencies, the defendants are prevented, through no fault of their own, from filing a Motion for Summary Judgment addressing the substance of this dispute within the time parameters set by the present scheduling order. The defendants therefore request an extension of time until November 30, 2004 within which to do so.

    THE DEFENDANTS

    BY_____
    Jack G. Steigelfest, Esq.
    Howard, Kohn, Sprague & FitzGerald

        Post Office Box 261798
        Hartford, Connecticut  06126-1798
        (860) 525-3101    Fed Bar # ct05733

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 29th day of October, 2004, to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, Connecticut  06105
(860) 522-8338

        _____
        Jack G. Steigelfest
        Commissioner of the Superior Court