UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION | : | CIVIL ACTION NO. |
| Plaintiff | : | 3 02 CV 1824 AVC |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF BRANFORD:  GEORGETTE | : | |
| LASKE, MARGARET HALL, EDWARD | : | |
| MASOTTA, THOMAS WOODFORD and | : | |
| THE LEGION INSURANCE COMPANY | : | |
| Defendants | : | SEPTEMBER 24, 2004 |

### MOTION FOR ORDER

Pursuant to Fed. R. Civ. P. 37 and Local Rule 37, the defendants in the captioned

matter respectfully move for an order compelling the plaintiff to comply with the

defendants' Request for Production served on or about July 29, 2004 and the entry of

such other orders, including sanctions, as may be appropriate.

A memorandum of law in support of this Motion, together with an affidavit of the

defendant's good faith efforts to obtain the requested discovery, is appended hereto.

THE DEFENDANTS

**COPY**

BY _____

Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut  06126-1798
(860) 525-3101    Fed Bar # ct05733

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 24th day of September 2004, to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, Connecticut  06105
(860) 522-8338

**COPY**

_____

Jack G. Steigelfest
Commissioner of the Superior Court

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION | : | CIVIL ACTION NO. |
| Plaintiff | : | 3 02 CV 1824 AVC |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF BRANFORD:  GEORGETTE | : | |
| LASKE, MARGARET HALL, EDWARD | : | |
| MASOTTA, THOMAS WOODFORD and | : | |
| THE LEGION INSURANCE COMPANY | : | |
| Defendants | : | SEPTEMBER 24, 2004 |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ORDER

BACKGROUND

The plaintiff Westport Insurance Company initiated this action against the several

defendants seeking a declaration regarding the existence and applicability of a policy of

insurance it issued to an underlying dispute.

In response to the plaintiff's recent Motion for Extension of time dated August 31,

2004, the court extended the deadline for the completion of discovery to September 30,

2004 and the deadline for the filing of dispositive motions to November 1, 2004. The

defendants did not object to this Motion.

Initially by letter dated June 21, 2004 and then by way of formal discovery request

dated July 29, 2004, the defendants sought production of the insurance policy that lies at

3

the center of this dispute. Affidavit ¶¶    . When the policy was not timely produced, the defendants faxed a letter, dated September 8, 2004, seeking compliance. No compliance, or explanation, has been forthcoming from the plaintiff.

Given the recently amended schedule adopted by the Court, the defendants have little choice but to seek an order from the Court compelling the production of the policy and seeking such other orders as may be appropriate under the circumstances.

ARGUMENT

The plaintiff's insurance policy is the crux of this litigation. The plaintiff was obligated to produce that policy within 30 days of the defendants' formal request for it. Indeed, the plaintiff should have voluntarily produced it without the need for a formal request. Yet the defendants now find themselves 4 weeks after the due date for the discovery and only one week from the discovery cut off established by the court preliminary to the filing of dispositive motions. Fed. R. Civ. P. 37 and Local Rule 37 provide for the entry of orders, including order to compel and the entry of appropriate sanctions, in order to rectify a party's failure to comply with discovery. Such orders should issue in this matter.

CONCLUSION

For the foregoing reasons, the defendants respectfully request that their Motion for

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160

Order be granted.

THE DEFENDANTS

BY_____**COPY**_____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut  06126-1798
(860) 525-3101    Fed Bar # ct05733

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 24th day of September 2004, to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, Connecticut  06105
(860) 522-8338

**COPY**

_____
Jack G. Steigelfest
Commissioner of the Superior Court

5

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WESTPORT INSURANCE CORPORATION :  CIVIL ACTION NO.
    Plaintiff       :   3 02 CV 1824 AVC
             :
VS.            :
             :
TOWN OF BRANFORD:  GEORGETTE  :
LASKE, MARGARET HALL, EDWARD  :
MASOTTA, THOMAS WOODFORD and :
THE LEGION INSURANCE COMPANY :
    Defendants     :   SEPTEMBER 24, 2004

## AFFIDAVIT IN SUPPORT OF MOTION FOR ORDER

  1.  I am over the age of eighteen (18) years and believe in the obligations of an

oath.

  2.  I am counsel for the defendants in this action in which the plaintiff seeks a

declaratory judgment regarding its insurance policy.

  3.  By informal letter request dated June 21, 2004, I asked plaintiff's counsel to

provide me with a copy of the policy that is the subject of the Complaint. The letter is

attached hereto as Exhibit A.

  4.  When I did not receive the policy in response to this letter, I served a formal

discovery request on or about July 29, 2004, making the same request. The discovery

request is attached hereto as Exhibit B.

6

5.     I spoke with plaintiff's counsel on August 30, 2004, at which time he indicated that compliance with the discovery request would be provided within the week.

6.     When I did not get compliance with the discovery request, I sent plaintiff's counsel a letter dated September 8, 2004 demanding compliance by the end of the week and stating an intention to file this Motion if compliance was not provided. A copy of this letter is appended as Exhibit C.

7.     Despite reasonable good faith efforts stretching back several months, the plaintiff has still not provided a copy of the insurance policy that underlies this entire dispute.

THE DEFENDANTS

# COPY

BY_____
Jack G. Steigelfest
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, CT 06126-1798
(860) 525-3101 Juris No.  28160

7

## ORDER

The foregoing Motion having been heard is hereby ordered :

GRANTED / DENIED

BY THE COURT

_____

Judge/Clerk

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 24th day of September 2004, to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, Connecticut  06105
(860) 522-8338

**COPY**

_____

Jack G. Steigelfest
Commissioner of the Superior Court

8

# Howard, Kohn, Sprague & FitzGerald LLP

Established in 1786
Attorneys and Counselors at Law

John Stephen Papa
James M. Moher
Constance L. Epstein
Thomas P. Cella †
Jack G. Steigelfest
James F. Sullivan
Todd W. Whitford *
Steven J. Barber *
Keith R. Rudzik *
Christopher M. Harrington
Brian D. Danforth

237 Buckingham Street
Post Office Box 261798
Hartford, CT  06126-1798
(860) 525-3101
Fax: (860) 247-4201

http://www.hksflaw.com
cle@hksflaw.com

Of Counsel:
John R. FitzGerald
Robert P. Volpe
-----------------------
99 East Center Street
Manchester, CT 06040
(860) 646-8075
-----------------------
Nationally Board Certified Civil Trial Lawyer †
Also Admitted in Massachusetts *

June 21, 2004

Horton Shields & Cormier PC
90 Gillett Street
Hartford, CT 06105

Attn:  Attorney Michael Taylor

Re:    Westport Insurance Company v. Town of Branford, et al

Dear Attorney Taylor,

In follow-up to the status conference on May 27, 2004 handled by Bob Shields of your office, the court entered an order that motions for summary judgment be filed by September 30, 2004. This deadline presupposes that you will act quickly to substitute the Connecticut Insurance Guaranty Association for Legion Insurance Company so that the case can proceed. I am authorized to accept service on behalf of CIGA.

Meanwhile, in lieu of formal discovery, would you please forward a copy of the Westport Insurance Company policy that forms the basis for this dispute? Although the allegations of your Complaint seem clear, I will need the policy for any dispositive motion and there may be other portions of it that are relevant to the issues in the case.

Should you anticipate a problem with the foregoing, please give me a call.

Very truly yours,

COPY

Jack G. Steigelfest

cc.   Attorney Bellamy
      GFMS (Legion MAS0025994)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WESTPORT INSURANCE CORPORATION   :     CIVIL ACTION NO.
          Plaintiff                :     3 02 CV 1824 AVC

                           :
VS.                          :
                           :

TOWN OF BRANFORD:  GEORGETTE   :
LASKE, MARGARET HALL, EDWARD    :
MASOTTA, THOMAS WOODFORD and   :
THE LEGION INSURANCE COMPANY    :
          Defendants          :     JULY 29, 2004

## REQUEST FOR PRODUCTION

     Pursuant to Fed. R. Civ. Pro. 34, the defendants respectfully request that the plaintiff produce within 30 days a complete and accurate copy of the policy of insurance issued by the plaintiff Westport Insurance Company to John's Refuse Removal, Inc., which policy is identified in the Complaint as policy number RF20204-1, with effective dates of coverage from January 11, 2000 to January 11, 2001.

RESPONSE

THE DEFENDANTS



BY_____

Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut 06126-1798
(860) 525-3101    Fed Bar # ct05733

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 28th day of July 2004, to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, Connecticut 06105
(860) 522-8338



_____
Jack G. Steigelfest
Howard, Kohn, Sprague & FitzGerald

# Howard, Kohn, Sprague & FitzGerald LLP

Established in 1786
Attorneys and Counselors at Law

John Stephen Papa
James M. Moher
Constance L. Epstein
Thomas P. Cella †
Jack G. Steigelfest
James F. Sullivan
Todd W. Whitford *
Steven J. Barber *
Keith R. Rudzik *
Christopher M. Harrington
Brian D. Danforth

237 Buckingham Street
Post Office Box 261798
Hartford, CT  06126-1798
(860) 525-3101
Fax: (860) 247-4201

http://www.hksflaw.com
cle@hksflaw.com

Of Counsel:
John R. FitzGerald
Robert P. Volpe
--------------------
99 East Center Street
Manchester, CT 06040
(860) 646-8075
--------------------
Nationally Board Certified Civil Trial Lawyer †
Also Admitted in Massachusetts *

September 8, 2004

Horton Shields & Cormier PC
90 Gillett Street
Hartford, CT 06105

Attn:  Attorney Michael Taylor

    Re:      Westport Insurance Company v. Town of Branford, et al

Dear Attorney Taylor,

    Your reply to the defendants' 7/29/04 Request for Production of the insurance policy at issue in this case is overdue. Given that I sought informal production of the policy back in June, that the discovery cut off is impending and that compliance was promised to me last week, I will be forced to file a Motion addressed to this deficiency if I do not get the policy by the end of the week.

    If there is something going on I should know, please give me a call.

                    Very truly yours,



                    Jack G. Steigelfest

cc.    Attorney Bellamy
       GFMS (Legion MAS0025994)