27

3:02CV1824(AVC) November 2, 2004. The motion to compel is GRANTED. The plaintiffs shall have fifteen days from the date of this order to comply with the plaintiff's request for production. SO ORDERED.

Alfred V. Covello, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION | : | CIVIL ACTION NO. |
| Plaintiff | : | 3 02 CV 1824 AVC |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF BRANFORD: GEORGETTE LASKE, MARGARET HALL, EDWARD MASOTTA, THOMAS WOODFORD and THE LEGION INSURANCE COMPANY | : | |
| Defendants | : | SEPTEMBER 24, 2004 |

FILED 2004 SEP 27 P 12:16 U.S. DISTRICT COURT HARTFORD, CT

2004 NOV -2 P 2:29 U.S. DISTRICT COURT HARTFORD, CT

## MOTION FOR ORDER

Pursuant to Fed. R. Civ. P. 37 and Local Rule 37, the defendants in the captioned matter respectfully move for an order compelling the plaintiff to comply with the defendants' Request for Production served on or about July 29, 2004 and the entry of such other orders, including sanctions, as may be appropriate.

A memorandum of law in support of this Motion, together with an affidavit of the defendant's good faith efforts to obtain the requested discovery, is appended hereto.

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160