UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WESTPORT INSURANCE CO., <br> Plaintiff, | CIVIL ACTION <br> 2004 OCT 29 P 3:52 |
| V. | Civil No. 3:02-CV-01824 (AVC) <br> HARTFORD, CT. |
| TOWN OF BRANFORD, GEORGETTE LASKE, MARGARET HALL, EDWARD MASSOTTA, THOMAS WOODFORD and LEGION INSURANCE COMPANY, <br> Defendants, | |
| | OCTOBER 29, 2004 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 9, the Plaintiff, Westport Ins. Corp., hereby moves for a thirty day extension of the scheduling orders. Specifically, the Plaintiff requests that the date for the completion of all discovery be extended to and including November 30, 2004. Also, the Plaintiff requests that the date for the filing of all dispositive motions be extended to and including November 30, 2004. Finally, the Plaintiff specifically requests that the date the case shall be ready for trial be extended to January 31, 2005. Counsel for the Defendants have consented to this motion. This is the Plaintiffs second motion for an extension of time.

Because a resolution of this matter will turn substantially on the plaintiff's duty to provide a defense in the underlying litigation, the plaintiff represents that this case is likely to be resolved, one way or the other, by motion for summary judgment. To date, due to administrative delays, the plaintiff has been unable to obtain and produce a complete copy of the relevant insurance policy, which is essential to both the plaintiff and the defendants for purposes of filing a motion for summary judgment. The undersigned believes that the requested extension will

[Margin annotation: 3:02CV1824(AVC). The motion is GRANTED as set forth in the amended scheduling order issued this day. SO ORDERED. November 2, 2004. Alfred V. Covello, U.S.D.J.]