3:02CV1824(AVC) November 2, 2004. The motion is GRANTED as set forth in the amended scheduling order issued this day.

Alfred V. Covello, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION<br>Plaintiff | CIVIL ACTION NO.<br>3 02 CV 1824 AVC |
| VS. | |
| TOWN OF BRANFORD: GEORGETTE LASKE, MARGARET HALL, EDWARD MASOTTA, THOMAS WOODFORD and THE LEGION INSURANCE COMPANY<br>Defendants | OCTOBER 29, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

Pursuant to Local Rule 7(b), and in the alternative to the defendants' Motion for Summary Judgment filed this date, the defendants in the captioned matter respectfully move for an extension of time of 30 days until December 1, 2004 to file a substituted dispositive motion addressing the substance of this dispute and a similar extension of the trial ready date for this action until January 31, 2005. This is the defendants' first request for an extension of these deadlines. The moving counsel has inquired of opposing counsel, who is in agreement with respect to the requested extensions.

In support of this Motion, the defendants represent that they are prevented from filing a dispositive motion addressing the substance of this dispute by deficiencies in the plaintiff's pleading and discovery compliance. Despite the court's 10/14/04 Order granting the defendants' Motion to Compel the filing of a Substituted Complaint naming the