UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WESTPORT INSURANCE CORP.,
   Plaintiff,

v.     3:02CV1824(AVC)

TOWN OF BRANFORD, GEORGETTE
LASKE, MARGARET HALL, EDWARD
MASOTTA, THOMAS WOODFORD and
THE LEGION INSURANCE COMP.,
   Defendants.

## AMENDED SCHEDULING ORDER

(1) The parties shall complete _all_ discovery, including depositions of _all_ witnesses, by November 30, 2004.

(2) The parties shall file all motions, except motions _in limine_ incident to trial, on or before November 30, 2004.

(3) The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on December 30, 2005.

(4) The case shall be ready for trial by January 31, 2004.

It is so ordered this 2nd day of November, 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge