UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WESTPORT INSURANCE CORP., <br> Plaintiff, | : <br> : <br> : |
| v. | :    3:02CV1824(AVC) <br> : |
| TOWN OF BRANFORD, GEORGETTE <br> LASKE, MARGARET HALL, EDWARD <br> MASOTTA, THOMAS WOODFORD and <br> THE LEGION INSURANCE COMP., <br> Defendants. | : <br> : <br> : <br> : <br> : |

### SECOND AMENDED SCHEDULING ORDER

(1) The parties shall complete all discovery, including depositions of all witnesses, by November 30, 2004.

(2) The parties shall file all motions, except motions in limine incident to trial, on or before November 30, 2004.

(3) The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on December 30, 2004.

(4) The case shall be ready for trial by January 31, 2005.

It is so ordered this 4TH day of November, 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge