UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION, | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO. 3:02 CV 1824 AVC |
| | : | |
| TOWN OF BRANFORD, GEORGETTE LASKE, | : | |
| MARGARET HALL, EDWARD MASOTTA, | : | |
| THOMAS WOODFORD and THE CONNECTICUT | : | |
| INSURANCE GUARANTY ASSOCIATION | : | |
| | | |
| Defendants | : | NOVEMBER 30, 2004 |

## NOTICE OF FILING SUBSTITUTED COMPLAINT

In accordance with the Court's order of July 14, 2004, the plaintiff hereby gives notice that it has filed a Substituted Complaint naming the Connecticut Insurance Guaranty Association as a defendant and omitting any claims against the Legion Insurance Company, as the Guaranty Association has been substituted for Legion.

PLAINTIFF

BY_____
MICHAEL S. TAYLOR
**Horton, Shields & Knox, P.C.**
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
*fax* (860) 728-0401
Fed. Bar ID#CT 14650
mtaylor@hsklawfirm.com

## **C E R T I F I C A T I O N**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on November 30, 2004 to the following:

Jack G. Steigelfest, Esq.
**Howard, Kohn, Sprague & FitzGerald**
P. O. Box 2617898
Hartford, CT 06126

                                                                                  MICHAEL S. TAYLOR