UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION, | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO. 3:02 CV 1824 AVC |
| | : | |
| TOWN OF BRANFORD, GEORGETTE LASKE, | : | |
| MARGARET HALL, EDWARD MASOTTA, | : | |
| THOMAS WOODFORD and THE CONNECTICUT | : | |
| INSURANCE GUARANTY ASSOCIATION | : | |
| | : | |
| Defendants | : | NOVEMBER 30, 2004 |

**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Fed.R.Civ.P. 56 and Local Rule 56, the plaintiff Westport Insurance

Corporation hereby respectfully moves for summary judgment in its favor declaring that it has no

obligation to provide a defense or indemnification to the defendants Town of Branford,

Georgette Laske, Margaret Hall, Edward Masotta and Thomas Woodford for claims made

against them in an underlying action commenced by John Barone, captioned <u>Barone v. Town of</u>

<u>Branford, et al.</u>, currently pending in the Connecticut Superior Court, Judicial District of New

Haven at New Haven, bearing docket no. CV-02-0462959-S.

A memorandum of law in support of this motion, a Local Rule 56(a)(1) statement, and supporting documentation are attached hereto.

PLAINTIFF


BY_____
        MICHAEL S. TAYLOR
        **Horton, Shields & Knox, P.C.**
        90 Gillett Street
        Hartford, CT 06105
        (860) 522-8338
        *fax* (860) 728-0401
        Fed. Bar ID#CT 14650
        mtaylor@hsklawfirm.com

# <u>C E R T I F I C A T I O N</u>

  I hereby certify that a copy of the foregoing was mailed, postage prepaid, on November 30, 2004 to the following:

Jack G. Steigelfest, Esq.
**Howard, Kohn, Sprague & FitzGerald**
P. O. Box 2617898
Hartford, CT 06126

_____
   MICHAEL S. TAYLOR