UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION, | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO. 3:02 CV 1824 AVC |
| | : | |
| TOWN OF BRANFORD, GEORGETTE LASKE, | : | |
| MARGARET HALL, EDWARD MASOTTA, | : | |
| THOMAS WOODFORD and THE CONNECTICUT | : | |
| INSURANCE GUARANTY ASSOCIATION | : | |
| | | |
| Defendants | : | NOVEMBER 30, 2004 |

## RULE 56(a)(1) STATEMENT

1.      Attached hereto as Exhibit A is a true and accurate copy of Westport Insurance Corporation insurance policy number RF2020462-1, issued to John's Refuse Removal, Inc. with effective dates of coverage from January 11, 2000 to January 11, 2001.

2.      Attached hereto as Exhibit B is a true and accurate copy of the complaint in Barone v. Town of Branford, CV02-0462959-S, currently pending in the Connecticut Superior Court, Judicial District of New Haven at New Haven.

3. Attached hereto as Exhibit C is a copy of a Town of Branford Haul of Corrugated Cardboard Contract for the period July 1, 2000 to June 30, 2001 between the Town of Branford and John's Refuse Removal, Inc.

        PLAINTIFF

BY_____
        MICHAEL S. TAYLOR
        **Horton, Shields & Knox, P.C.**
        90 Gillett Street
        Hartford, CT 06105
        (860) 522-8338
        *fax* (860) 728-0401
        Fed. Bar ID#CT 14650
        mtaylor@hsklawfirm.com

## **C E R T I F I C A T I O N**

  I hereby certify that a copy of the foregoing was mailed, postage prepaid, on November 30, 2004 to the following:

Jack G. Steigelfest, Esq.
**Howard, Kohn, Sprague & FitzGerald**
P. O. Box 2617898
Hartford, CT 06126

                _____
                MICHAEL S. TAYLOR