UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION, | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO. 3:02 CV 1824 AVC |
| | : | |
| TOWN OF BRANFORD, GEORGETTE LASKE, | : | |
| MARGARET HALL, EDWARD MASOTTA, | : | |
| THOMAS WOODFORD and THE CONNECTICUT | : | |
| INSURANCE GUARANTY ASSOCIATION | : | |
| | | |
| Defendants | : | DECEMBER 1, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed the following document or thing:

Exhibits A, B and C to Plaintiff's Local Rule 56(a)(1) statement dated November 30, 2004

These exhibits have not been filed electronically because they cannot be converted to an electronic format.

The exhibits have been manually served on all parties.

PLAINTIFF


BY_____
MICHAEL S. TAYLOR
**Horton, Shields & Knox, P.C.**
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
*fax* (860) 728-0401
Fed. Bar ID#CT 14650
mtaylor@hsklawfirm.com

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on December 1, 2004 to the following:

Jack G. Steigelfest, Esq.
**Howard, Kohn, Sprague & FitzGerald**
P. O. Box 2617898
Hartford, CT 06126

_____
                MICHAEL S. TAYLOR