UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION<br>Plaintiff | CIVIL ACTION NO.<br>3 02 CV 1824 AVC |
| VS. | |
| TOWN OF BRANFORD: GEORGETTE LASKE, MARGARET HALL, EDWARD MASOTTA, THOMAS WOODFORD and THE LEGION INSURANCE COMPANY<br>Defendants | NOVEMBER 30, 2004 |

## SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56, the defendants in the captioned matter respectfully move for summary judgment declaring that the insurance policy issued by the plaintiff Westport Insurance Corporation to John's Refuse Removal, Inc., policy number RF2020462, provides primary coverage to the defendants Town of Branford, Margaret Hall, Edward Masotta and Thomas Woodford with respect to the claim against them by John Barone. The defendants assert that there are no genuine issues of material fact and that they are entitled to judgment as a matter of law on the plaintiff's Complaint and their Counterclaim for the reason that the defendants fall within the definition of insureds or are otherwise entitled to the protection of the plaintiff's insurance policy. The defendant CIGA further claims a hearing in damages on its claim for reimbursement of defense costs expended to date.

A memorandum of law in support of this Motion and a Local Rule 56(a)(1) Statement are appended hereto.

                                       THE DEFENDANTS

                                       BY_____
                                       Jack G. Steigelfest, Esq.
                                       Howard, Kohn, Sprague & FitzGerald
                                       Post Office Box 261798
                                       Hartford, Connecticut 06126-1798
                                       (860) 525-3101    Fed Bar # ct05733

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 30th day of November 2004, to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, Connecticut 06105
(860) 522-8338

                                       _____
                                       Jack G. Steigelfest
                                       Commissioner of the Superior Court

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160