CG 21 47 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I—Coverage A—Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

   (a) Refusal to employ that person;

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I—Coverage B—Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

   (a) Refusal to employ that person;

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CL 1025 (7-98)
CG 21 47 07 98

Copyright, Hawaii Insurance Bureau, Inc., 1998
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1998

Page 1 of 1

CG 21 49 09 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

CG 21 49 09 99     Copyright, Insurance Services Office, Inc., 1998     Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:

a. Any actual or alleged failure, malfunction or inadequacy of:

  (1) Any of the following, whether belonging to any insured or to others:

    (a) Computer hardware, including microprocessors;
    (b) Computer application software;
    (c) Computer operating systems and related software;
    (d) Computer networks;
    (e) Microprocessors (computer chips) not part of any computer system; or
    (f) Any other computerized or electronic equipment or components; or

  (2) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **2.a.(1)** of this endorsement

  due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

b. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2.a.** of this endorsement.

CG 21 60 09 98                Copyright, Insurance Services Office, Inc., 1998                Page 1 of 1

*Westport Insurance Corporation*

## GENERAL LIABILITY ENHANCEMENT ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

I. **EMPLOYEE BENEFITS LIABILITY**

    A.    The following is added to SECTION I. - COVERAGES:

COVERAGE D. EMPLOYEE BENEFITS LIABILITY

1. Insuring Agreement

   We will pay those sums that the insured becomes legally obligated to pay as damages sustained by an employee, former employee of the insured or their beneficiaries or legal representatives caused by any negligent act, error, or omission of the insured, or any other person for whose acts you are legally liable in the "administration" of your "Employee Benefit Program." No other obligation or liability to pay sums or perform acts or services is covered unless provided for under SUPPLEMENTARY PAYMENTS.

   This insurance applies to any negligent act, error or omission which occurs during the policy period. The negligent act, error or omission must take place in the "coverage territory".

   We will have the right and duty to defend any "suit" seeking those damages. However:

   a. The most we will pay for damages is described in SECTION III. - LIMITS OF INSURANCE;

   b. We may investigate any negligent act, error or omission and settle any claim or "suit" that may result; and

   c. Our right and duty to defend end when the applicable limit of insurance has been exhausted, as stated in paragraph C. below, in the payment of judgments or settlements under this Coverage.

2. Exclusions

   This insurance does not apply to:

   a. Any dishonest, fraudulent, criminal or malicious act, libel or slander or humiliation;

   b. "bodily injury" or "property damage";

   c. Failure to perform a "contract" or negligent act, error or omission by any insurer, health care provider, or other risk spreading vehicle including financial failure or insolvency of any "Employee Benefit Program";

   d. Any claim or "suit" based upon:

      (1) Failure of any "Employee Benefit Program" to perform as represented by an insured; or

      (2) The investment or non-investment of funds.

Endorsement Serial No. WIC-3367 (03/98)                                                                      Page 1 of 7

Endorsement Serial No. WIC-3367 (03/98)

3. Supplementary Payments

   The SUPPLEMENTARY PAYMENTS - COVERAGES A. AND B. also apply to this Coverage.

B. Who is An Insured

   Under SECTION II. - WHO IS AN INSURED, your employees are insureds under this Coverage, but only if they are authorized to act in the administration of your "Employee Benefit Program."

C. Limit of Insurance

   Under SECTION III. - LIMITS OF INSURANCE:

   1. The most we will pay for all damages arising out of any Employee Benefits Liability Coverage claim is $100,000.

   2. The most we will pay for all Employee Benefits Liability Coverage losses in the aggregate is $300,000.

D. Additional Definitions

   The following definitions apply only to this Employee Benefits Liability Coverage part:

   1. "Administration" means:

      a. Giving advice to employees with respect to the "Employee Benefit Program";

      b. Interpreting the "Employee Benefits Program";

      c. Handling of employee records in connection with the "Employee Benefit Programs"; and

      d. Effecting enrollment, termination or cancellation of employees under the "Employee Benefit Programs";

      provided all such acts are authorized by you.

   2. "Contract" means a policy of insurance issued to the Named Insured by an insurer or an agreement or arrangement entered into between the Named Insured and a health care provider.

   3. "Employee Benefit Program" means group life insurance, group accident or health insurance, profit sharing plans, pension plans, employee stock subscription plans, workers' compensation, unemployment insurance, salary continuation plans, social security, disability benefits insurance, savings, Section 401(k) plans, vacation plans or any other similar employee benefit programs.

    E.    Additional Condition - Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under this Employee Benefits Liability Coverage, this Coverage is excess over any of the other insurance, whether primary, excess, occurrence, claims made, contingent or on any other basis. When this insurance is excess:

1. We will have no duty to defend any claim or "suit" under this Coverage that any other insurer has a duty to defend. If no other insurer defends, we will, at our option, but not our obligation, undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

2. We will only pay the amount of loss, if any, that exceeds the total of the amounts of all such other insurance applicable to the loss plus any deductible or self-insurance applicable to that insurance.

## II. NON-OWNED WATERCRAFT

SECTION I. - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE, Exclusion 2.g.(2) is revised as follows:

This exclusion does not apply to:

(2)    A watercraft you do not own that is:

    (a) Less than 51 feet long; and

    (b) Not being used to carry persons or property for a charge;

## III. CHARTERED AIRCRAFT

The following is added under SECTION I. - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE, Exclusion 2.g.:

This exclusion does not apply to an aircraft chartered with crew.

## IV. TENANT'S LEGAL LIABILITY COVERAGE

Under SECTION I. - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE, the last paragraph of 2. is deleted and replaced with the following:

Exclusions c. through n. do not apply to "Property Damage" to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit applies to this coverage, which is the lesser of:

a. The Each Occurrence Limit shown in the Declarations; or

b. $300,000

Under SECTION III. - LIMITS OF INSURANCE, paragraph 6. does not apply.

V. **SUPPLEMENTARY PAYMENTS**

SECTION I. - COVERAGES, SUPPLEMENTARY PAYMENTS - COVERAGES A. and B., are revised as follows:

1. In paragraph 2., the limit of $250 for bail bonds is increased to $1,000.
2. In paragraph 4., the limit of $100 for daily loss of earnings is increased to $1,000.

VI. **NEWLY ACQUIRED ORGANIZATIONS**

Under SECTION II. - WHO IS AN INSURED, 4. is deleted and replaced with the following:

4. If you are an organization other than a partnership or joint venture, any organization you newly acquire or form over which you exercise control and actively manage and to which no other similar insurance is available:

   a. Coverage A. does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   b. Coverage B. does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

VII. **MEDICAL AND DENTAL PAYMENTS**

Under SECTION I. - COVERAGES, COVERAGE C. MEDICAL PAYMENTS, if COVERAGE C. MEDICAL PAYMENTS, is not otherwise excluded from this Coverage Part:

1. The Medical Payments Limit is changed to the greater of:

   a. $15,000; or

   b. The Medical Expense Limit shown in the Declarations of this Coverage Part.

2. The requirement, in C.1.a.(2) that the expenses must be incurred and reported to us within one year of the date of the accident, is increased to three years.

VIII. **BROAD KNOWLEDGE/NOTICE OF OCCURRENCE**

The following is added under SECTION IV.- COMMERCIAL GENERAL LIABILITY CONDITIONS:

The requirement in Condition 2.a. that you must see to it that we are notified of an "occurrence" or offense applies only when the "occurrence" or offense is known to:

1. you, if you are an individual;
2. a partner, if you are a partnership;
3. a member, if you are a joint venture;
4. an "Executive Officer" or insurance manager, if you are a corporation.

The requirement in Condition 2.b. that you must see to it that we receive notice of a claim or "suit" will not be considered breached unless the breach occurs after such claim or "suit" is known to:

1. you, if you are an individual;
2. a partner, if you are a partnership;
3. a member, if you are a joint venture;
4. an "Executive Officer" or insurance manager, if you are a corporation.

## IX. BROAD FORM NAMED INSURED

The following is added under SECTION II. - WHO IS AN INSURED:

1.d. If you are an organization other than a partnership or joint venture, any of your subsidiary companies or any company over which you exercise control and actively manage and to which other insurance does not apply.

## X. MOBILE EQUIPMENT

The following is added under SECTION V. - DEFINITIONS, 11. "Mobile Equipment":

Paragraph f.(1) does not apply to self-propelled vehicles of less than 1,000 pounds gross vehicle weight.

## XI. ADVERTISING INJURY

SECTION V. - DEFINITIONS, 1. "Advertising Injury", is deleted and replaced with the following:

"Advertising Injury" means injury arising out of one or more of the following offenses:

a. Oral, written, televised, videotaped or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

b. Oral, written, televised, videotaped or electronic publication of material that violates a person's right of privacy;

c. Misappropriation of advertising ideas or style of doing business; or

d. Infringement of copyright, title or slogan.

Under SECTION I. - COVERAGES, COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY, 2. Exclusions, a.(1) and a.(2) are deleted and replaced with the following:

a.(1) Arising out of oral, written, televised, videotaped or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity;

a.(2) Arising out of oral, written, televised, videotaped or electronic publication of material whose first publication took place before the beginning of the policy period;

XII. **PERSONAL INJURY**

SECTION V. - DEFINITIONS, 13. "Personal Injury", d. is deleted and replaced with the following:

d. Oral, written, televised, videotaped or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services.

Under SECTION I. - COVERAGES, COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY, 2. Exclusions, a.(1) and a.(2) are deleted and replaced with the following:

a.(1) Arising out of oral, written, televised, videotaped or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity;

a.(2) Arising out of oral, written, televised, videotaped or electronic publication of material whose first publication took place before the beginning of the policy period;

XIII **ADDITIONAL INSUREDS BY WRITTEN CONTRACT**

The following is added under SECTION II. - WHO IS AN INSURED:

5. Any person, organization, trustee, or estate that has obligated you by written contract to provide the insurance that is afforded by this policy, but only with respect to liability arising out of "Your Work", "Your Product" and to property owned or used by you. However:

   a. This provision does not apply unless the written contract has been executed prior to the "bodily injury", "property damage", "personal injury" or "advertising injury";

   b. The Limits of Insurance applicable to the additional insured are those specified in the written contract or in the Declarations for this policy, whichever are less. The Limits of Insurance are inclusive of and not in addition to the Limits of Insurance shown in the Declarations.

XIV. **PROPERTY DAMAGE LIABILITY - ELEVATORS AND SIDETRACK AGREEMENTS**

The following is added under SECTION I. COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY:

1. 2. Exclusions J.(3), (4) and (6) do not apply to the use of elevators.

2. Exclusion K. does not apply to:

   a. the use of elevators; or

   b. liability assumed under a sidetrack agreement

The insurance afforded by reason of this provision XIV is excess over any other valid and collectible property insurance (including any deductible) available to the insured, and SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS 4. Other Insurance is changed accordingly.

Endorsement Serial No. WIC-3367 (03/98)                                                                              Page 6 of 7

XV. **UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

The following is added under SECTION IV. - COMMERCIAL GENERAL LIABILITY CONDITIONS:

10. Your unintentional failure to disclose all hazards or prior "occurrences" existing as of the inception date of this policy shall not prejudice the coverage afforded by this policy.

All other terms and conditions of this policy shall remain unchanged.

This endorsement forms a part of the policy to which attached, effective on the inception date of the policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to the preparation of the policy.)

**Endorsement Effective**   01/11/2000         **Policy No.**   RF2020462-1
**Named Insured**    John's Refuse Removal, Inc.

Countersigned.                                                WESTPORT INSURANCE CORPORATION

............................................
Authorized Representative                         President                    Secretary

Endorsement Serial No. WIC-3367 (03/98)

Page 7 of 7