Policy Change Number __6__

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO. | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| RF2020462-1 | 05/05/2000 | WESTPORT INSURANCE CORPORATION |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| John's Refuse Removal, Inc. | Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial General Liability

**CHANGES**

The following is added as Additional Insured per form CG2026:
Fusco Management, Armstron Park Development, LLC & Armstrong Park Association
555 Long Wharf Drive
New Haven, CT  06510

RE: #6 Armstrong Park, Building #1
    #6 Armstrong Park, Household Building #3
    #2 Armstron, Neuvis located in Shelton, CT

No change in premium.

lmc 10/25/00

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change
Number    5

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO. | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| RF2020462-1 | 08/14/2000 | WESTPORT INSURANCE CORPORATION |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| John's Refuse Removal, Inc. | Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial General Liability

**CHANGES**

The following is added as Additional Insured per form CG2026:
Town of North Haven
Dept. of Public Works
Church Street
North Haven, CT  06473

RE: Permits

No change in premium.

lmc 10/25/00

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change
Number    4

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO. | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| RF2020462-1 | 05/26/2000 | WESTPORT INSURANCE CORPORATION |
| **NAMED INSURED**<br>John's Refuse Removal, Inc. | | **AUTHORIZED REPRESENTATIVE**<br>Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial General Liability

**CHANGES**

The following is added as Additional Insured per form CG2026:
Avalon Bay
15 River Road
Wilton, CT 06897

RE: Avalon Haven trash removal contract.

No change in premium.

lmc 10/25/00

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change
Number    15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

## POLICY CHANGES

| POLICY NO. | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| RF2020462 | 2/9/00 | WESTPORT INSURANCE CORPORATION |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| JOHN'S REFUSE REMOVAL, INC. | HD SEGUR, INC. |

**COVERAGE PARTS AFFECTED**

COMMERCIAL GENERAL LIABILITY

**CHANGES**

THE FOLLOWING ADDITIONAL INSURED HAS BEEN ADDED TO THE POLICY PER CG2026:

FUSCO AREAN ASSOCIATION & FUSCO MANAGEMENT CO., LLC

NO PREMIUM CHANGE

dh 5/12/00

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 20 26 11 85

# ADDITIONAL INSURED—DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

FUSCO AREAN ASSOCIATION & FUSCO MANAGEMENT CO., LLC
PO BOX 9631
NEW HAVEN, CT 06535

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

CL 261 (11-85)
CG 20 26 11 85

Copyright, Insurance Services Office, Inc., 1984

Page 1 of 1

**Westport Insurance Corporation**

5200 Metcalf, Overland Park, KS 66201-1379
(913) 676-5270  Facsimile (913) 676-5780

## BUSINESS AUTO COVERAGE PART DECLARATIONS

**ITEM ONE**

POLICY NO: RF2020462-1

NAMED INSURED:   John's Refuse Removal, Inc.

**ITEM TWO**

Schedule of Coverages and Covered Autos

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos." "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form shows which autos are covered autos) | LIMIT<br>THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY | 1 | $1,000,000 | $46,094 |
| PERSONAL INJURY PROTECTION (or equivalent No Fault Coverage) | | SEPARATELY STATED IN EACH PIP ENDORSEMENT MINUS $Per Form Ded. | |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No-fault Coverage) | | SEPARATELY STATED IN EACH ADDED PIP ENDORSEMENT | |
| PROPERTY PROTECTION INSURANCE (Michigan Only) | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS $ Ded. FOR EACH ACCIDENT | |
| AUTO MEDICAL PAYMENTS | | | |
| UNINSURED MOTORISTS | 7 | Per Schedule | $462 |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | | | |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 7 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $Per Schedule Ded. FOR EACH COVERED AUTO BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. See ITEM FOUR for hired or borrowed "autos." | $2,106 |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $25 Ded. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. See ITEM FOUR for hired or borrowed "autos." | |

WIC-3001(03/96) - DEC

Page 1 of 4

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1990

| PHYSICAL DAMAGE COLLISION COVERAGE | 7 & 8 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $**Per Schedule** Ded. FOR EACH COVERED AUTO. See ITEM FOUR for hired or borrowed "autos." | $7,697 |
|---|---|---|---|
| PHYSICAL DAMAGE TOWING AND LABOR | | $ for each disablement of a private passenger "auto." | |
| | | PREMIUM FOR ENDORSEMENTS | $281 |
| | | ESTIMATED TOTAL PREMIUM | $56,640 |

## ITEM THREE

SCHEDULE OF COVERED AUTOS YOU OWN

| COVERED AUTO NO. | DESCRIPTION ||| TERRITORY |
|---|---|---|---|---|
| | YEAR MODEL, TRADE NAME, BODY TYPE, SERIAL NUMBER (S), VEHICLE IDENTIFICATION NUMBER (VIN) | PURCHASED || Town & State Where the Covered Auto will be principally garaged. |
| | | ORIGINAL COST NEW | Actual Cost & NEW (N) USED (U) | |
| 1 | **Per Vehicle Schedule** | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

| COVERED AUTO NO. | CLASSIFICATION |||||||| Except for towing all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of the loss. |
|---|---|---|---|---|---|---|---|---|---|
| | RADIUS OF OPERATION | BUSINESS USE S=SERVICE R=RETAIL C=COMMERCIAL | SIZE GVW, GCW OR VEHICLE SEATING CAPACITY | AGE GROUP | PRIMARY RATING FACTOR || SECONDARY RATING FACTOR | CODE | |
| | | | | | Liab. | Phys. Dam. | | | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |

| COVERED AUTO NO. | COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead) |||||||
|---|---|---|---|---|---|---|---|
| | LIABILITY || PERSONAL INJURY PROTECTION || ADDED P.I.P. || PROP. PROT. (Michigan only) |
| | Limit | Premium | Limit stated in each P.I.P. End. minus deductible shown below | Premium | Limit stated in each Added P.I.P. End. Premium | Limit stated in P.P.I. end. minus deductible shown below | Premium |
| 1 | | | | | | | |
| 2 | | | | | | | |

WIC-3001(03/96) - DEC    Page 2 of 4

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1990

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| Total Premium | | | | | | | |

| COVERED AUTO NO. | COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead |  |
|---|---|---|
| | AUTO MED PAY | |
| | Limit | Premium |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| Total Premium | | |

| COVERED AUTO NO. | COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead) | | | | | | |
|---|---|---|---|---|---|---|---|
| | COMPREHENSIVE | | SPECIFIED CAUSES OF LOSS | | COLLISION | | TOWING & LABOR |
| | Limit stated in ITEM TWO minus deductible shown below | Premium | Limit stated in ITEM TWO | Premium | Limit stated in ITEM TWO minus deductible shown below | Premium | Limit Per Disablement | Premium |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| Total Premium | | | | | | | | |

**ITEM FOUR**

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.**

LIABILITY COVERAGE - RATING BASIS, COST OF HIRE

| STATE | ESTIMATED COST OF HIRE FOR EACH ESTATE | RATE PER EACH $100 COST OF HIRE | FACTOR (If liab. Cov. is primary) | PREMIUM |
|---|---|---|---|---|
| CT | If Any | 3.735 | | $131 |
| | | | TOTAL PREMIUM | $131 |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

PHYSICAL DAMAGE COVERAGE

WIC-3001(03/96) - DEC

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1990

Page 3 of 4

| COVERAGES | LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|
| COMPREHENSIVE | ACTUAL CASH VALUE, COST OF REPAIRS OR $25,000 WHICHEVER IS LESS, MINUS $0 Ded. FOR EACH COVERED AUTO. BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING | 0.435 | Incl |
| SPECIFIED CAUSES OF LOSS | ACTUAL CASH VALUE, COST OF REPAIRS OR $ WHICHEVER IS LESS, MINUS $25 Ded. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM | | |
| COLLISION | ACTUAL CASH VALUE, COST OF REPAIRS OR $25,000 WHICHEVER IS LESS, MINUS $500 Ded. FOR EACH COVERED AUTO. | 0.591 | Incl |
| | | TOTAL PREMIUM | $50 |

PHYSICAL DAMAGE INSURANCE for covered "autos" you hire or borrow is excess unless indicated below by "☒".

☒  If this box is checked, PHYSICAL DAMAGE COVERAGE applies on a direct primary basis and for purposes of the condition entitled OTHER INSURANCE, any covered "auto" you hire or borrow is deemed to be a covered "auto" you own.

## ITEM FIVE

SCHEDULE FOR NON-OWNERSHIP LIABILITY

| NAMES INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| Other than a Social Service Agency | Number of Employees | 8 | $258 |
| | Number of Partners | | $ |
| Social Service Agency | Number of Employees | | $ |
| | Number of Volunteers | | $ |
| | | | $258 |

**FORMS AND ENDORSEMENTS APPLICABLE:**

CA0001 (07-97), CA0107 (10-97), CA2157 (02-95), ~~CA9903 (07-97)~~, CA9939 (09-94), CA9944 (12-93), CA9948 (12-93)

THESE DECLARATIONS ARE PART OF THE COMMON POLICY DECLARATIONS CONTAINING THE NAMED INSURED AND THE POLICY PERIOD.

WIC-3001(03/96) - DEC                                                                                                  Page 4 of 4

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1990

Westport - Refuse Haulers
DECLARATION

| POLICY NO. RF-WP-2020462-1/000 | EFFECTIVE DATE: 01/11/00 |
| INSURED: John's Refuse Removal, Inc. | AGENT: Hollis D. Segur, Inc. |

ITEM THREE -  SCHEDULE OF COVERED AUTOS YOU OWN

| NO | KEY | YR | TYPE | MAKE | DESCRIPTION | VIN/SERIAL | ST | TERR | ZONE ORG | ZONE DEST | CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | 87 | CA | Wester  33453 | Star | 917829 | CT | 021 | 000 | 00 | 21453 |
| 002 | | 92 | CA | Peterbilt  40463 | F/L Truck | 706104 | CT | 021 | 000 | 00 | 33453 |
| 003 | | 96 | CA | Western  40463 | R/O Truck | 2WLPCCH6TK942840 | CT | 021 | 000 | 00 | 33453 |
| 004 | | 92 | CA | Intl  33453 | Recy Truck | 420321 | CT | 021 | 000 | 00 | 21453 |
| ~~005~~ | | ~~87~~ | ~~CA~~ | ~~FrontLoad~~ | ~~Truck~~ | ~~2926~~ | ~~CT~~ | ~~021~~ | ~~000~~ | ~~00~~ | ~~33453~~ |
| 006 | | 98 | CA | Western  40463 | R/O Truck | 2WLPCCK8WK950017 | CT | 021 | 000 | 00 | 23453 |
| ~~007~~ | | ~~91~~ | ~~CA~~ | ~~GMC~~ | ~~Recy Truck~~ | ~~J8DB4B1H0M7002047~~ | ~~CT~~ | ~~021~~ | ~~000~~ | ~~00~~ | ~~03499~~ |
| 008 | | 98 | CA | Ford  33453 | Recy Truck | 1FDXF80C8WVA33499 | CT | 021 | 000 | 00 | 21453 |

| NO | KEY | RADIUS | USE | SIZE/SEATS | INDUSTRY | LIAB PREM | UM PREM | UIM PREM | PIP PREM | ADD PIP | MED PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | LOCAL | SERV | MEDIUM TRUCK | WASTE DISPOSAL | $2,338 | $24 | $0 | $0 | $0 | $0 |
| 002 | | LOCAL | COMM | HEAVY TRUCK | WASTE DISPOSAL | $3,435 | $24 | $0 | $0 | $0 | $0 |
| 003 | | LOCAL | COMM | HEAVY TRUCK | WASTE DISPOSAL | $3,435 | $24 | $0 | $0 | $0 | $0 |
| 004 | | LOCAL | SERV | MEDIUM TRUCK | WASTE DISPOSAL | $2,338 | $24 | $0 | $0 | $0 | $0 |
| 005 | | LOCAL | COMM | HEAVY TRUCK | WASTE DISPOSAL | $3,435 | $24 | $0 | $0 | $0 | $0 |
| 006 | | LOCAL | COMM | MEDIUM TRUCK | WASTE DISPOSAL | $3,006 | $24 | $0 | $0 | $0 | $0 |
| 007 | | LOCAL | COMM | LIGHT TRUCK | NOC | $2,894 | $24 | $0 | $0 | $0 | $0 |
| 008 | | LOCAL | SERV | MEDIUM TRUCK | WASTE DISPOSAL | $2,338 | $24 | $0 | $0 | $0 | $0 |

| NO | KEY | COVERAGE | OTC DED | OTC ST-AMT | OTC PREM | COLL DED | COLL PREM | TOWING PREM | SOUND PREM | TAPE PREM | UNIT PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | COMPREHENSIVE | $500 | $0 | $63 | $500 | $186 | $0 | $0 | $0 | $2,611 |
| 002 | | COMPREHENSIVE | $500 | $0 | $78 | $500 | $281 | $0 | $0 | $0 | $3,818 |
| 003 | | COMPREHENSIVE | $500 | $0 | $156 | $500 | $519 | $0 | $0 | $0 | $4,134 |
| 004 | | COMPREHENSIVE | $500 | $0 | $83 | $500 | $299 | $0 | $0 | $0 | $2,744 |
| 005 | | COMPREHENSIVE | $500 | $0 | $59 | $500 | $175 | $0 | $0 | $0 | $3,693 |
| 006 | | COMPREHENSIVE | $500 | $0 | $247 | $500 | $881 | $0 | $0 | $0 | $4,158 |
| 007 | | COMPREHENSIVE | $500 | $0 | $107 | $500 | $387 | $0 | $0 | $0 | $3,412 |
| 008 | | COMPREHENSIVE | $500 | $0 | $139 | $500 | $542 | $0 | $0 | $0 | $3,043 |

———LIMITS———

| NO | KEY | LIABILITY | UM | UMPD | UIM | MED PAY |
|---|---|---|---|---|---|---|
| 001 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 002 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 003 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 004 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 005 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 006 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 007 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 008 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |

| NO | KEY | PIP | ADDED PIP | TOWING | SOUND | COST |
|---|---|---|---|---|---|---|
| 001 | | N/A | N/A | $0 | $0 | $40,000 |
| 002 | | N/A | N/A | $0 | $0 | $47,000 |
| 003 | | N/A | N/A | $0 | $0 | $110,372 |
| 004 | | N/A | N/A | $0 | $0 | $50,000 |
| 005 | | N/A | N/A | $0 | $0 | $33,000 |
| 006 | | N/A | N/A | $0 | $0 | $134,732 |
| 007 | | N/A | N/A | $0 | $0 | $48,600 |
| 008 | | N/A | N/A | $0 | $0 | $52,043 |

*** LEGEND ***  KEY: "A" = Add, "D" = Delete or "M" = Modify. MED PAY = EMB in Pennsylvania.

01-25-00                Page 01 of 02           Insured's copy

| POLICY NO. RF-WP-2020462-1/000 | EFFECTIVE DATE: 01/11/00 |
| INSURED: John's Refuse Removal, Inc. | AGENT: Hollis D. Segur, Inc. |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

| | | | | | | | | —ZONE— | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NO | KEY | YR | TYPE | MAKE | DESCRIPTION | VIN/SERIAL | ST | TERR | ORG | DEST | CLASS |
| ~~009~~ | | ~~91~~ | ~~CA~~ | ~~Ford~~ | ~~F700 Truck~~ | ~~1FDWK74P6MVA10332~~ | ~~CT~~ | ~~021~~ | ~~000~~ | ~~00~~ | ~~23453~~ |
| 010 | | 98 | CA | Western 40453 | Star R/O 7 | 2WLPDCCK7WK953603 | CT | 021 | 000 | 00 | 23453 |
| 011 | | 97 | PPT | Ford Taurus 7398 | 8 | 1FALP53SXVA209739 | CT | 021 | 000 | 00 | 7398 |
| 012 | | 99 | CA | Mack 40453 | F/L 9 | 1M2K185CXXM007625 | CT | 021 | 000 | 00 | 50453 |
| 013 | | 98 | CA | Western 40453 | Star Trk 10 | 2WLNCDPF9WK952465 | CT | 021 | 000 | 00 | 40453 |
| 014 | | 99 | CA | Intl 40453 | R/L 11 | 1HTSDAANXXH690173 | CT | 021 | 000 | 00 | 31453 |

~~15~~
16
17 18 19

| NO | KEY | RADIUS | USE | SIZE/SEATS | INDUSTRY | LIAB PREM | UM PREM | UIM PREM | PIP PREM | ADD PIP | MED PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 009 | | LOCAL | COMM | MEDIUM TRUCK | WASTE DISPOSAL | $3,006 | $24 | $0 | $0 | $0 | $0 |
| 010 | | LOCAL | COMM | MEDIUM TRUCK | WASTE DISPOSAL | $3,006 | $24 | $0 | $0 | $0 | $0 |
| 011 | | | | | | $1,403 | $150 | $0 | $0 | $0 | $0 |
| 012 | | LOCAL | COMM | X-HEAVY TRUCK/TRACTR | WASTE DISPOSAL | $6,440 | $24 | $0 | $0 | $0 | $0 |
| 013 | | LOCAL | COMM | X-HEAVY TRUCK | WASTE DISPOSAL | $6,193 | $24 | $0 | $0 | $0 | $0 |
| 014 | | LOCAL | SERV | HEAVY TRUCK | WASTE DISPOSAL | $2,438 | $24 | $0 | $0 | $0 | $0 |

| NO | KEY | OTHER THAN COLLISION | | | COLLISION | | TOWING PREM | SOUND PREM | TAPE PREM | UNIT PREM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | COVERAGE | DED ST-AMT | PREM | DED | PREM | | | | |
| 009 | | COMPREHENSIVE | $500 $0 | $59 | $500 | $158 | $0 | $0 | $0 | $3,247 |
| 010 | | COMPREHENSIVE | $500 $0 | $247 | $500 | $881 | $0 | $0 | $0 | $4,158 |
| 011 | | COMPREHENSIVE | $500 $0 | $62 | $500 | $224 | $0 | $0 | $0 | $1,839 |
| 012 | | COMPREHENSIVE | $500 $0 | $325 | $500 | $1,449 | $0 | $0 | $0 | $8,238 |
| 013 | | COMPREHENSIVE | $500 $0 | $299 | $500 | $1,066 | $0 | $0 | $0 | $7,582 |
| 014 | | COMPREHENSIVE | $500 $0 | $182 | $500 | $649 | $0 | $0 | $0 | $3,293 |

| NO | KEY | LIABILITY | UM | UMPD | UIM | MED PAY |
|---|---|---|---|---|---|---|
| | | | LIMITS | | | |
| 009 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 010 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 011 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 012 | | $1,000,000 | $1,000,000 | $0 | $1,000,000 | $0 |
| 013 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 014 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |

| NO | KEY | PIP | ADDED PIP | TOWING | SOUND | COST |
|---|---|---|---|---|---|---|
| 009 | | N/A | N/A | $0 | $0 | $25,000 |
| 010 | | N/A | N/A | $0 | $0 | $95,000 |
| 011 | | N/A | N/A | $0 | $0 | $13,500 |
| 012 | | N/A | N/A | $0 | $0 | $161,698 |
| 013 | | N/A | N/A | $0 | $0 | $120,000 |
| 014 | | N/A | N/A | $0 | $0 | $95,000 |

*** LEGEND ***  KEY: "A" = Add, "D" = Delete or "M" = Modify.  MED PAY = EMB in Pennsylvania.

01-25-00                           Page 02 of 02                    Insured's copy

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V—Definitions.

## SECTION I—COVERED AUTOS

ITEM TWO of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

A. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS

SYMBOL            DESCRIPTION

1 = ANY "AUTO".

2 = OWNED "AUTOS" ONLY. Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins.

3 = OWNED PRIVATE PASSENGER "AUTOS" ONLY. Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins.

4 = OWNED "AUTOS" OTHER THAN PRIVATE PASSENGER "AUTOS" ONLY. Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins.

5 = OWNED "AUTOS" SUBJECT TO NO-FAULT. Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged.

6 = OWNED "AUTOS" SUBJECT TO A COMPULSORY UNINSURED MOTORISTS LAW. Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement.

7 = SPECIFICALLY DESCRIBED "AUTOS". Only those "autos" described in ITEM THREE of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in ITEM THREE).

8 = HIRED "AUTOS" ONLY. Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees" or partners or members of their households.

9 = NONOWNED "AUTOS" ONLY. Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs.

B. OWNED AUTOS YOU ACQUIRE AFTER THE POLICY BEGINS

1. If symbols 1, 2, 3, 4, 5 or 6 are entered next to a coverage in ITEM TWO of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if symbol 7 is entered next to a coverage in ITEM TWO of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

## C. CERTAIN TRAILERS, MOBILE EQUIPMENT AND TEMPORARY SUBSTITUTE AUTOS

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.
2. "Mobile equipment" while being carried or towed by a covered "auto".
3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:
   a. Breakdown;
   b. Repair;
   c. Servicing;
   d. "Loss"; or
   e. Destruction.

## SECTION II—LIABILITY COVERAGE

### A. COVERAGE

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **WHO IS AN INSURED**

   The following are "insureds":
   a. You for any covered "auto".
   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:
      (1) The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.
      (2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.
      (3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.
      (4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".
      (5) A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.
   c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

2. **COVERAGE EXTENSIONS**

   a. **Supplementary Payments**

      In addition to the Limit of Insurance, we will pay for the "insured":
      (1) All expenses we incur.
      (2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.
      (3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.
      (4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earning up to $250 a day because of time off from work.
      (5) All costs taxed against the "insured" in any "suit" against the "insured" we defend.
      (6) All interest on the full amount of any judgment that accrues after entry of

the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

  b. **Out-of-State Coverage Extensions**

  While a covered "auto" is away from the state where it is licensed we will:

  (1) Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

  (2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

  We will not pay anyone more than once for the same elements of loss because of these extensions.

B. **EXCLUSIONS**

This insurance does not apply to any of the following:

1. **EXPECTED OR INTENDED INJURY**

   "Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

2. **CONTRACTUAL**

   Liability assumed under any contract or agreement.

   But this exclusion does not apply to liability for damages:

   a. Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

   b. That the "insured" would have in the absence of the contract or agreement.

3. **WORKERS' COMPENSATION**

   Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

4. **EMPLOYEE INDEMNIFICATION AND EMPLOYER'S LIABILITY**

   "Bodily injury" to:

   a. An "employee" of the "insured" arising out of and in the course of:

      (1) Employment by the "insured"; or

      (2) Performing the duties related to the conduct of the "insured's" business; or

   b. The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph **a.** above.

   This exclusion applies:

   (1) Whether the "insured" may be liable as an employer or in any other capacity; and

   (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

   But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. **FELLOW EMPLOYEE**

   "Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

6. **CARE, CUSTODY OR CONTROL**

   "Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. **HANDLING OF PROPERTY**

   "Bodily injury" or "property damage" resulting from the handling of property:

   a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

   b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

8. **MOVEMENT OF PROPERTY BY MECHANICAL DEVICE**

   "Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck)

unless the device is attached to the covered "auto".

**9. OPERATIONS**

"Bodily injury" or "property damage" arising out of the operation of any equipment listed in paragraphs **6.b** and **6.c.** of the definition of "mobile equipment".

**10. COMPLETED OPERATIONS**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in paragraphs **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed.

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. POLLUTION**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured"; or

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

(1) The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. WAR**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**13. RACING**

Covered "autos" while used in any professional or organized racing or demolition contest or

stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

C. **LIMIT OF INSURANCE**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage Endorsement, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**SECTION III—PHYSICAL DAMAGE COVERAGE**

A. **COVERAGE**

1. We will pay for "loss" to a covered "auto" or its equipment under:
   a. **Comprehensive Coverage**
      From any cause except:
      (1) The covered "auto's" collision with another object; or
      (2) The covered "auto's" overturn.
   b. **Specified Causes of Loss Coverage**
      Caused by:
      (1) Fire, lightning or explosion;
      (2) Theft;
      (3) Windstorm, hail or earthquake;
      (4) Flood;
      (5) Mischief or vandalism; or
      (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".
   c. **Collision Coverage**
      Caused by:
      (1) The covered "auto's" collision with another object; or
      (2) The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage—Hitting a Bird or Animal—Falling Objects or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:
   a. Glass breakage;
   b. "Loss" caused by hitting a bird or animal; and
   c. "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extension**

   We will also pay up to $15 per day to a maximum of $450 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss."

B. **EXCLUSIONS**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   a. **Nuclear Hazard**
      (1) The explosion of any weapon employing atomic fission or fusion; or
      (2) Nuclear reaction or radiation or radioactive contamination, however caused.

   b. **War or Military Action**
      (1) War, including undeclared or civil war;
      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
      (3) Insurrection, rebellion, revolution, usurped power or action taken by

governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

   a. Wear and tear, freezing, mechanical or electrical breakdown.

   b. Blowouts, punctures or other road damage to tires.

4. We will not pay for "loss" to any of the following:

   a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   b. Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

   c. Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

   d. Any accessories used with the electronic equipment described in paragraph c. above.

   Exclusions 4.c. and 4.d. do not apply to:

   a. Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

   b. Any other electronic equipment that is:

      (1) Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

      (2) An integral part of the same unit housing any sound reproducing equipment described in a. above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

C. **LIMIT OF INSURANCE**

The most we will pay for "loss" in any one "accident" is the lesser of:

1. The actual cash value of the damaged or stolen property as of the time of the "loss"; or

2. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

D. **DEDUCTIBLE**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV—BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

A. **LOSS CONDITIONS**

1. **APPRAISAL FOR PHYSICAL DAMAGE LOSS**

   If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If we submit to an appraisal, we will still retain our right to deny the claim.

2. **DUTIES IN THE EVENT OF ACCIDENT, CLAIM, SUIT OR LOSS**

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

   a. In the event of "accident", claim, "suit" or "loss", you must give us or our authorized

representative prompt notice of the "accident" or "loss". Include:

  (1) How, when and where the "accident" or "loss" occurred;
  (2) The "insured's" name and address; and
  (3) To the extent possible, the names and addresses of any injured persons and witnesses.

b. Additionally, you and any other involved "insured" must:

  (1) Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.
  (2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".
  (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit".
  (4) Authorize us to obtain medical records or other pertinent information.
  (5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

c. If there is "loss" to a covered "auto" or its equipment you must also do the following:

  (1) Promptly notify the police if the covered "auto" or any of its equipment is stolen.
  (2) Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.
  (3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.
  (4) Agree to examinations under oath at our request and give us a signed statement of your answers.

3. **LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Form until:

a. There has been full compliance with all the terms of this Coverage Form; and
b. Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

4. **LOSS PAYMENT—PHYSICAL DAMAGE COVERAGES**

At our option we may:

a. Pay for, repair or replace damaged or stolen property;
b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or
c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

5. **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

B. **GENERAL CONDITIONS**

1. **BANKRUPTCY**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

2. **CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

a. This Coverage Form;
b. The covered "auto";
c. Your interest in the covered "auto"; or
d. A claim under this Coverage Form.

3. **LIBERALIZATION**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

4. **NO BENEFIT TO BAILEE—PHYSICAL DAMAGE COVERAGES**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

5. **OTHER INSURANCE**
   a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:
      (1) Excess while it is connected to a motor vehicle you do not own.
      (2) Primary while it is connected to a covered "auto" you own.
   b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".
   c. Regardless of the provisions of paragraph a. above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract".
   d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

6. **PREMIUM AUDIT**
   a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.
   b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

7. **POLICY PERIOD, COVERAGE TERRITORY**
   Under this Coverage Form, we cover "accidents" and "losses" occurring:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.
   The coverage territory is:
   a. The United States of America;
   b. The territories and possessions of the United States of America;
   c. Puerto Rico; and
   d. Canada.
   We also cover "loss" to, or "accidents" involving a covered "auto" while being transported between any of these places.

8. **TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US**
   If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V—DEFINITIONS**

A. "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".
B. "Auto" means a land motor vehicle, "trailer" or semitrailer designed for travel on public roads but does not include "mobile equipment".
C. "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.
D. "Covered pollution cost or expense" means any cost or expense arising out of:
   1. Any request, demand or order; or
   2. Any claim or "suit" by or on behalf of a governmental authority demanding
   that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of "pollutants".
   "Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":
   a. That are, or that are contained in any property that is:

   (1) Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

   (2) Otherwise in the course of transit by or on behalf of the "insured";

   (3) Being stored, disposed of, treated or processed in or upon the covered "auto"; or

  b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

  c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

  Paragraph a. above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

   (1) The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

   (2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in paragraphs 6.b. or 6.c. of the definition of "mobile equipment".

  Paragraphs b. and c. above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

   (1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

   (2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

E. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

F. "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

G. "Insured contract" means:
  1. A lease of premises;
  2. A sidetrack agreement;
  3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;
  4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;
  5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;
  6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

  An "insured contract" does not include that part of any contract or agreement:
  a. That indemnifies any person or organization for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or
  b. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or
  c. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

H. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".