I. "Loss" means direct and accidental loss or damage.

J. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   a. Power cranes, shovels, loaders, diggers or drills; or

   b. Road construction or resurfacing equipment such as graders, scrapers or rollers.

5. Vehicles not described in paragraphs 1., 2., 3., or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   b. Cherry pickers and similar devices used to raise or lower workers.

6. Vehicles not described in paragraphs 1., 2., 3. or 4. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   a. Equipment designed primarily for:

      (1) Snow removal;

      (2) Road maintenance, but not construction or resurfacing; or

      (3) Street cleaning;

   b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

K. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

L. "Property damage" means damage to or loss of use of tangible property.

M. "Suit" means a civil proceeding in which:

1. Damages because of "bodily injury" or "property damage"; or

2. A "covered pollution cost or expense",

to which this insurance applies, are alleged.

"Suit" includes:

   a. An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

N. "Temporary worker" means a person who is furnished to you for a finite time period to support or supplement your workforce in special work situations such as "employee" absences, temporary skill shortages and seasonal workloads.

O. "Trailer" includes semitrailer.

Copyright, Insurance Services Office, Inc., 1996

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONNECTICUT CHANGES

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

For a covered "auto" licensed or principally garaged in, or garage operations conducted in Connecticut, the policy is changed as follows:

## A. CHANGES IN LIABILITY COVERAGE

1. The following is added to Who Is An Insured:

   If you are an individual, your "family member" is an "insured" while using any covered "auto" you own.

2. Coverage Extensions is amended as follows:

   a. Paragraph a.(2) of Supplementary Payments is replaced by the following:

      (2) We will pay for the "insured" up to $250 for cost of bail bonds (including bonds for related traffic law violations). We do not have to furnish these bonds.

   b. Supplementary Payments is amended by the addition of the following:

      (7) We will pay all expenses incurred by an "insured" for first aid to others at the time of an "accident".

      (8) At your request we will issue (or arrange for the issuance of) a bond to release attachments. The amount of the bond will not exceed the limit of liability stated in the policy.

3. The Fellow Employee exclusion is replaced by the following:

   "Bodily Injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business. However, we will cover "bodily injury" caused by your "employee" to his fellow "employee".

4. The Care, Custody Or Control exclusion does not apply to "property damage" to a residence or private garage caused by a covered "auto" of the private passenger type.

## B. CHANGES IN CONDITIONS

Other Insurance is changed as follows:

   a. If you are other than an "auto" dealer or repairer, Liability Coverage applies to and is primary for any temporary substitute for an "auto" you own if the substitute "auto" is operated by an "insured" and owned by an "auto" dealer or repairer.

   b. If you are an "auto" dealer or repairer, Liability Coverage is excess for an "auto" you own if operated by a customer to whom you have loaned the "auto".

## C. CHANGES IN AUTO MEDICAL PAYMENTS COVERAGE

Exclusion C.8. does not apply.

CA 291d (10-97)
CA 01 07 10 97          Copyright, Insurance Services Office, Inc., 1997          Page 1 of 1

CA 21 57 02 95

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONNECTICUT UNINSURED AND UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged, or "garage operations" conducted in, Connecticut, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective 01/11/2000 | Policy Number RF2020462-1 |
|---|---|
| Named Insured John's Refuse Removal, Inc. | Countersigned by |

(Authorized Representative)

## SCHEDULE

**LIMIT OF INSURANCE**                **Per Schedule**                          Each "Accident"

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

[  ] If indicated by an "X" in the box to the left or in the Declarations, Underinsured Motorists Conversion Coverage applies.

### A. COVERAGE

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle." The damages must result from "bodily injury" sustained by the "insured" caused by an "accident." The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle" or "underinsured motor vehicle."

2. We will pay only after all liability bonds or policies have been exhausted by judgments or payments.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

### B. WHO IS AN INSURED

1. You.

2. If you are an individual, any "family member."

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto." The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

4. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured."

### C. EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" sustained by:

   a. You while "occupying" or when struck by any vehicle owned by you that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by you that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

4. "Bodily injury" sustained by:

a. You while "occupying" or when struck by any
vehicle owned by you that is not a covered
"auto" for Underinsured Motorists Coverage
under this Coverage Form;

b. Any "family member" while "occupying" or
when struck by any vehicle owned by that
"family member" that is not a covered "auto"
for Underinsured Motorists Coverage under
this Coverage Form; or

c. Any "family member" while "occupying" or
when struck by any vehicle owned by you that
is insured for Underinsured Motorists
Coverage on a primary basis under any other
Coverage Form or policy.

5. Anyone using a vehicle without a reasonable
belief that the person is entitled to do so.

6. Punitive or exemplary damages.

**D. LIMIT OF INSURANCE**

1. Regardless of the number of covered "autos,"
"insureds," premiums paid, claims made or
vehicles involved in the "accident," the most we
will pay for all damages resulting from any one
"accident" is the LIMIT OF INSURANCE for
UNINSURED MOTORISTS COVERAGE shown
in the Schedule or Declarations.

2. The Limit of Insurance shall be reduced by:

a. All sums paid or payable under any workers'
compensation, disability benefits or similar
law; and

b. All sums paid by or for anyone who is legally
responsible, including all sums paid under
this Coverage Form's LIABILITY
COVERAGE.

3. No one will be entitled to receive duplicate
payments for the same elements of "loss" under
this Coverage Form and any Liability Coverage
Form or Medical Payments Coverage
endorsement attached to this Coverage Part.
We will not make a duplicate payment under this
Coverage for any element of "loss" for which
payment has been made by or for anyone who is
legally responsible.
We will not pay for any element of "loss" if a
person is entitled to receive payment for the same
element of "loss" under any workers'
compensation, disability benefits or similar law.

**E. CHANGES IN CONDITIONS**

The CONDITIONS are changed for CONNECTICUT
UNINSURED MOTORISTS COVERAGE as follows:

1. OTHER INSURANCE is replaced by the
following:
If there is other applicable similar insurance
available under one or more policies or provisions
of coverage:

a. Any recovery for damages under all such pol-
icies or provisions of coverage may equal but
not exceed the highest applicable limit for any
one vehicle under any insurance providing

coverage on either a primary, secondary or
excess basis.

b. Subject to paragraph **1.a.** above, with respect
to "bodily injury" to an "insured" while:

(1) "Occupying" a vehicle owned by that
"insured," only the
Uninsured/Underinsured Motorists
Coverage applicable to that vehicle will
apply, and no other policies or provisions
of coverage will apply.

(2) "Occupying" a vehicle not owned by that
insured," or while not "occupying" any ve-
hicle, the following priorities of recovery
apply:

FIRST    The Uninsured/Underinsured Motorists
Coverage applicable to the vehicle the
"insured" was "occupying" at the time
of the "accident."

SECOND   Any Coverage Form or policy affording
Uninsured/Underinsured Motorists
Coverage to the "insured" as a named
insured.

THIRD    Any Coverage Form or policy affording
Uninsured/Underinsured Motorists
Coverage to the "insured" as a "family
member."

c. With respect to the second and third priorities,
we will pay only our share of the loss. Our
share is the proportion that our limit of liability
bears to the total of all limits applicable on the
same level of priority.

2. DUTIES IN THE EVENT OF ACCIDENT, CLAIM,
SUIT OR LOSS is changed by adding the
following:

a. Promptly notify the police if a hit-and-run
driver is involved; and

b. Promptly send us copies of the legal papers if
a "suit" is brought.

3. TRANSFER OF RIGHTS OF RECOVERY
AGAINST OTHERS TO US is changed by adding
the following:
If we make any payment and the "insured"
recovers from another party, the "insured" shall
hold the proceeds in trust for us and pay us back
the amount we have paid.
We will not acquire by assignment the "insured's"
right of action to recover for "bodily injury" from
any third party prior to settlement or judgment.

4. The following Condition is added:
**ARBITRATION**

a. If we and an "insured" disagree whether the
"insured" is legally entitled to recover
damages from the owner or driver of an
"uninsured motor vehicle," or do not agree as
to the amount of damages, the "insured" may
make a written demand for arbitration. If the
amount of damages the "insured" demands is
$40,000 or less, both parties will select a

single arbitrator. Each party will pay the
expenses it incurs and bear the expenses of
the arbitrator equally. If the amount of
damages the "insured" demands is more than
$40,000, each party will select an arbitrator.
The two arbitrators will select a third. If they
cannot agree within 30 days, either may
request that selection be made by a judge of
a court having jurisdiction. Each party will pay
the expenses it incurs and bear the expenses
of the third arbitrator equally.

b. Unless both parties agree otherwise,
arbitration will take place in the county in
which the "insured" lives. Local rules of law as
to arbitration procedure and evidence will
apply. A decision agreed to by the
arbitrator(s) will be binding.

## F. UNDERINSURED MOTORISTS CONVERSION COVERAGE

If the Schedule or Declarations indicate that
Underinsured Motorists Conversion Coverage applies,
the following provisions apply:

1. The definition of "underinsured motor vehicle" is
replaced by the following:
"Underinsured motor vehicle" means a land motor
vehicle or trailer for which the sum of all payments
received by or on behalf of the "insured," from or
on behalf of anyone who is legally responsible, is
less than the fair, just and reasonable damages of
the "insured."

2. With respect to coverage provided under the above
definition of "underinsured motor vehicle," paragraph
2. of the Limit of Insurance provision does not apply.

## G. ADDITIONAL DEFINITIONS

As used in this endorsement:

1. "Family member" means a person related to you
by blood, marriage or adoption who is a resident
of your household, including a ward or foster
child.

2. "Occupying" means in, upon, getting in, on, out or
off.

3. "Uninsured motor vehicle" means a land motor
vehicle or trailer:

a. To which no bodily injury liability bond or
policy applies at the time of the "accident."

b. For which an insuring or bonding company
denies coverage or is or becomes insolvent;
or

c. That is a hit-and-run vehicle and neither the
driver nor owner can be identified. The
vehicle must either:

(1) Hit an "insured," a covered "auto" or a
vehicle the "insured" is "occupying"; or

(2) Cause "bodily injury" to the "insured"
without physical contact with the
"insured," a covered "auto" or a vehicle
the "insured" is "occupying." However, in
such cases, the "insured" must prove by
a fair preponderance of the evidence that
the "bodily injury" resulted from the
negligence of an unidentified motorist.

However, "uninsured motor vehicle" does not
include any vehicle:

a. Owned or operated by a self-insurer under
any applicable motor vehicle law, except a
self-insurer who is or who becomes insolvent
and cannot provide the amounts required by
that motor vehicle law;

b. Owned by a governmental unit or agency; or

c. Designed for use mainly off public roads while
not on public roads.

4. "Underinsured motor vehicle" means a land motor
vehicle or trailer for which the sum of all bodily
injury liability bonds or policies applicable at the
time of the "accident" is less than the Limit of
Insurance of this coverage.

However, "underinsured motor vehicle" does not
include any vehicle:

a. Owned or operated by a self-insurer under
any applicable motor vehicle law;

b. Owned by a governmental unit or agency;

c. Designed for use mainly off public roads while
not on public roads; or

d. For which an insuring or bonding company
denies coverage or is or becomes insolvent.

CA 99 03 07 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

GARAGE COVERAGE FORM

MOTOR CARRIER COVERAGE FORM

TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## A. COVERAGE

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

## B. WHO IS AN INSURED

1. You while "occupying" or, while a pedestrian, when struck by an "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

## C. EXCLUSIONS

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" caused by declared or undeclared war or insurrection or any of their consequences.

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

## D. LIMIT OF INSURANCE

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## E. CHANGES IN CONDITIONS

CA 943 (7-97)

CA 99 03 07 97                    Copyright, Insurance Services Office, Inc., 1996                    Page 1 of 2

The Conditions are changed for Auto Medical Payments Coverage as follows:

1. The Transfer of Rights Of Recovery Against Others To Us Condition does not apply.

2. The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance—Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F.  ADDITIONAL DEFINITIONS**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

~~THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.~~

# GLASS COVERAGE – CONNECTICUT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective<br>**01/11/2000** | |
|---|---|
| Named Insured<br>**John's Refuse Removal, Inc.** | Countersigned by |

(Authorized Representative)

## SCHEDULE

Designation or description of Covered "autos" to which this insurance applies:

[  ]   All Covered "autos" licensed or principally garaged in Connecticut.

[ x ]   All Covered "autos" of the private passenger type licensed or principally garaged in Connecticut.

[  ]   Each covered "auto" described below.

PHYSICAL DAMAGE COVERAGE for a covered "auto" licensed or principally garaged in Connecticut and described or designated in the Schedule is changed as follows:
A.   No deductible applies to "loss" to glass used in the windshield or windows.
B.   All other PHYSICAL DAMAGE COVERAGE provisions apply.

CA 99 39 09 94                Copyright, Insurance Services Office, Inc., 1993                Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM
    BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A.  We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto."

B.  The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C.  We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

D.  If we make any payments to the loss payee, we will obtain his or her rights against any other party.

| Veh # 14 | Associates Commercial Corp | PO Box 168647, | Irving, TX 75016 - 0000 |
| Veh # 6, 10 | Associates Commercial Corp. | 12700 Shelby Road, | Louisville, KY 40243 - 0000 |
| Veh # 12 | Associates Commercial Corp. | P.O. Box 16847, | Irving, TX 75016 - 8647 |
| Veh # 3 | Associates Commercial Corp. | P.O. Box 168647, | Irving, TX 75016 - 8647 |

     Copyright, Insurance Services Office, Inc., 1993

CA 99 48 12 93

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLLUTION LIABILITY – BROADENED COVERAGE FOR COVERED AUTOS BUSINESS AUTO, MOTOR CARRIER AND TRUCKERS COVERAGE FORMS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

1. LIABILITY COVERAGE is changed as follows:

    Paragraph **a.** of the POLLUTION EXCLUSION applies only to liability assumed under a contract or agreement.

2. **DEFINITIONS**

    As used in this endorsement:

    D. "Covered pollution cost or expense" means any cost or expense arising out of:

    1. Any request, demand or order; or

    2. Any claim or "suit" by or on behalf of a governmental authority demanding

    that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

    "Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    a. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

    b. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured."

    Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    (1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    (2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

Policy Change
Number    10

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO. | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| RF2020462-1 | 12/29/00 | WESTPORT INSURANCE CORPORATION |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| John's Refuse Removal, Inc. | Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial Auto

## CHANGES

Vehicle #20-1998 Ford Expedition, S#1FMPU18L7WLB37768, Cost New $25,000 is added to the policy for Liability, UM, Comp $500 ded and Coll $500 ded.

Additional Premium Due: $73

lmc 01/31/01

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change
Number ___9___

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO.<br><br>RF2020462-1 | POLICY CHANGES EFFECTIVE<br><br>11/8/00 | COMPANY<br><br>WESTPORT INSURANCE CORPORATION |
|---|---|---|
| **NAMED INSURED**<br>JOHN'S REFUSE REMOVAL, INC. | | **AUTHORIZED REPRESENTATIVE**<br>HD SEGUR, INC. |

| COVERAGE PARTS AFFECTED<br><br>COMMERCIAL AUTO |
|---|

**CHANGES**

VEHICLE #18, 1998 INTL #9597, HAS BEEN ADDED TO THE POLICY . *33453*

COVERAGES: LIABILITY, UNINSURED MOTORIST, $500 DEDUCTIBLE COMPREHENSIVE $500 DEDUCTIBLE COLLISION.

VEHICLE #19, 1991 LODAL TRUCK #6506, HAS BEEN ADDED TO THE POLICY.

COVERAGES: LIABILITY, UNINSURED MOTORIST.  *33453*

ADDITIONAL PREMIUM: $1331

dh 12/14/00

_____
AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change
Number ___8___

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO.<br><br>RF2020462-1 | POLICY CHANGES EFFECTIVE<br>10/04/2000 | COMPANY<br><br>WESTPORT INSURANCE CORPORATION |
|---|---|---|
| NAMED INSURED<br>John's Refuse Removal, Inc. | | AUTHORIZED REPRESENTATIVE<br>Hollis D. Segur, Inc. |

| COVERAGE PARTS AFFECTED |
|---|
| Commercial Auto |

| CHANGES |
|---|
| Vehicle #9-1991 Ford Truck S#1FDWK74P6MVA10332 is deleted from the policy.<br><br>Vehicle #17-1997 Freightliner Truck S#1FY6HFAC1ZH824133 is added to the policy for Liability, UM, Comp $500 ded and Coll $500 ded. *33453*<br><br><br><br><br><br><br><br>Additional Premium: WAIVED |

lmc 10/25/00

_____
AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change
Number ___7___

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO.<br><br>RF2020462-1 | POLICY CHANGES EFFECTIVE<br><br>08/16/2000 | COMPANY<br><br>WESTPORT INSURANCE CORPORATION |
|---|---|---|
| **NAMED INSURED**<br><br>John's Refuse Removal, Inc. | | **AUTHORIZED REPRESENTATIVE**<br><br>Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial Auto

<b>CHANGES</b>

Vehicle #7-1991 GMC Recycle Truck S#J8DB4B1HOM7002047 is deleted from the policy.

Return Premium Due: ($1,382)

lmc 10/25/00

_____
AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change

Number ___3___

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO.<br><br>RF2020462-1 | POLICY CHANGES EFFECTIVE<br><br>05/19/2000 | COMPANY<br><br>WESTPORT INSURANCE CORPORATION |
|---|---|---|
| **NAMED INSURED**<br>John's Refuse Removal, Inc. | | **AUTHORIZED REPRESENTATIVE**<br>Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial Auto

<strong>CHANGES</strong>

Vehicle #5-1987 Mack S#2926 is deleted from the policy.

Vehicle #16-1993 Peterbilt Truck S#1XPZX5EX7PD707104 is added to the policy for Liability, UM,

Comp $500 ded. and Coll $500 ded. *40453*

No change in premium.

lmc 10/25/00

_____
AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change

Number ___2___

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO.<br><br>RF2020462-1 | POLICY CHANGES EFFECTIVE<br><br>05/04/2000 | COMPANY<br><br>WESTPORT INSURANCE CORPORATION |
|---|---|---|
| NAMED INSURED<br><br>John's Refuse Removal, Inc. | | AUTHORIZED REPRESENTATIVE<br><br>Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial Auto

<strong>CHANGES</strong>

Vehicle #15-1979 Peterbilt Rearloader S#700269 is deleted from the policy.

Return Premium Due ($2,443)

lmc 10/25/00

_____

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change

Number _____16_____

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

IL 12 01 11 85

## POLICY CHANGES

| POLICY NO.  RF2020462 | POLICY CHANGES EFFECTIVE  5/4/00 | COMPANY  WESTPORT INSURANCE CORPORATION |
|---|---|---|
| NAMED INSURED  JOHN'S REFUSE REMOVAL, INC. | | AUTHORIZED REPRESENTATIVE  HD SEGUR, INC. |

| COVERAGE PARTS AFFECTED  COMMERCIAL AUTO |
|---|

| CHANGES |
|---|
| VEHICLE #15, 1979 PETERBILT #0269, HAS BEEN ADDED TO THE POLICY.  COVERAGES: LIABILITY, UNINSURED MOTORIST  ADDITIONAL PREMIUM: $2443 |

dh 5/12/00

_____
AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983