Policy Change
Number ___9___

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

## POLICY CHANGES

| POLICY NO. | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| RF2020462 | 1/11/99 | WESTPORT INSURANCE CORPORATION |
| **NAMED INSURED** JOHN'S REFUSE REMOVAL, INC. | | **AUTHORIZED REPRESENTATIVE** HD SEGUR, INC. |

**COVERAGE PARTS AFFECTED**

COMMERCIAL GENERAL LIABILITY

**CHANGES**

THE FOLLOWING ADDITIONAL INSURED'S HAVE BEEN ADDED TO THE POLICY PER CG2026 ATTACHED:

TOWN OF WOODBRIDGE
WAL-MART STORES, INC
DIMEO CONSTRUCTION COMPANY & YALE UNIVERSITY
CONNECTICUT RESOURCES RECOVERY AUTHORITY
CITY OF WATERBURY
EARTH TECHNOLOGY, INC LLC
TOWN OF BRANFORD


NO PREMIUM CHANGE



dh 9/10/99

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 20 26 11 85

# ADDITIONAL INSURED—DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**

TOWN OF WOODBRIDGE
11 MEETINGHOUSE LANE
WOODBRIDGE, CT  06525


(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)


WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 20 26 11 85

# ADDITIONAL INSURED—DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

WAL-MART STORES, INC
702 SW 8TH STREET
BENTONVILLE, AR 72716


(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

CL 261 (11-85)
CG 20 26 11 85

Copyright, Insurance Services Office, Inc., 1984

Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 20 26 11 85

# ADDITIONAL INSURED—DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

DIMEO CONSTRUCTION COMPANY & YALE UNIVERSITY
1211 CHAPEL STREET
NEW HAVEN, CT 06511

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

CL 261 (11-85)
CG 20 26 11 85

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 20 26 11 85

# ADDITIONAL INSURED—DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**
CONNECTICUT RESOURCES RECOVERY AUTHORITY
179 ALLYN STREET, SUITE 603
HARTFORD, CT 06103


(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)


WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 20 26 11 85

# ADDITIONAL INSURED—DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**

CITY OF WATERBURY
235 GRAND STREET
WATERBURY, CT 06702

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

CL 261 (11-85)
CG 20 26 11 85                     Copyright, Insurance Services Office, Inc., 1984                     Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

CG 20 26 11 85

# ADDITIONAL INSURED—DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Name of Person or Organization:**

EARTH TECHNOLOGY, INC LLC
86 LEONARDO DRIVE
NORTH HAVEN, CT  06473-2527


(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)


WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 20 26 11 85

# ADDITIONAL INSURED—DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
 COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

TOWN OF BRANFORD
PO BOX 150
BRANFORD, CT 06405


(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)


WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

CL 261 (11-85)
CG 20 26 11 85

Copyright, Insurance Services Office, Inc., 1984

Page 1 of 1