UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION : | CIVIL ACTION NO. |
| Plaintiff : | 3 02 CV 1824 AVC |
| : | |
| VS. : | |
| : | |
| TOWN OF BRANFORD: GEORGETTE : | |
| LASKE, MARGARET HALL, EDWARD : | |
| MASOTTA, THOMAS WOODFORD and : | |
| THE LEGION INSURANCE COMPANY : | |
| Defendants : | December 6, 2004 |

## MOTION FOR PERMISSION TO FILE
## SUBSTITUTED LOCAL RULE 56(A)(1) STATEMENT

The defendants respectfully request the court's permission to file the attached Substituted Local Rule 56(a)(1) Statement in support of their Motion for Summary Judgment filed on November 30, 2004. The defendants represent that the Substituted Statement includes reference to the appended documents or the Complaint to support each statement of undisputed fact. Those references, required by Local Rule 56(a)(3), were unintentionally omitted from the original Statement, although the factual documentation was provided. The original Local Rule 56(a)(1) Statement was timely filed earlier this week.

No Oral Argument is Requested

THE DEFENDANTS

BY_____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut  06126-1798
(860) 525-3101    Fed Bar # ct05733

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 6th day of December, 2004, to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, Connecticut  06105
(860) 522-8338

_____
Jack G. Steigelfest
Commissioner of the Superior Court