FILED
2004 DEC -8 A 10: 29
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION<br>Plaintiff | : | CIVIL ACTION NO.<br>3 02 CV 1824 AVC |
| VS. | : | |
| TOWN OF BRANFORD: GEORGETTE LASKE, MARGARET HALL, EDWARD MASOTTA, THOMAS WOODFORD and THE LEGION INSURANCE COMPANY<br>Defendants | : | December 6, 2004 |

### MOTION FOR PERMISSION TO FILE SUBSTITUTED LOCAL RULE 56(A)(1) STATEMENT

The defendants respectfully request the court's permission to file the attached Substituted Local Rule 56(a)(1) Statement in support of their Motion for Summary Judgment filed on November 30, 2004. The defendants represent that the Substituted Statement includes reference to the appended documents or the Complaint to support each statement of undisputed fact. Those references, required by Local Rule 56(a)(3), were unintentionally omitted from the original Statement, although the factual documentation was provided. The original Local Rule 56(a)(1) Statement was timely filed earlier this week.

No Oral Argument is Requested

3:02CV1824(AVC) December 13, 2004. GRANTED
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2004 DEC 13 P 4:16
U.S. DISTRICT COURT
HARTFORD, CT

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160