# Town of Branford
## Haul of Corrugated Cardboard Contract
### For the Period July 1, 2000 to June 30, 2001

Agreement dated this 11th day of May, 2000, by and between the Town of Branford, Connecticut ("the Town") and Andrew Bozzuto, doing business as John's Refuse Removal, Inc. ("the Contractor"), located at 1010 Middletown Ave., Northford, with a mailing address of P.O. Box 520 / Northford, CT 06472-0520, and phone number 203-234-8696.

Section I

### Labor and Equipment

1. The Contractor shall provide one forty-cubic-yard closed-top roll-off container that is compatible with the Town's compactor.

2. Any loose material from the roll-off which may be prone to cause litter shall be removed or properly contained by the Contractor before any vehicle leaves the Branford recycling center property. Failure to do so may subject the Contractor to fines under Town ordinance.

3. The Contractor is responsible for containing cardboard in transit and complying with all applicable federal, state, and local laws, rules, and regulations concerning solid waste and its transportation. These include but are not limited to Chapter 213 of the Branford Code, the Public Health Code of the State of Connecticut, and regulations of the Connecticut Departments of Transportation and Motor Vehicles. The Contractor shall be responsible for any penalties arising out of failure to adhere to said laws, rules, and regulations.

4. The Contractor shall pull said containers from 747 East Main Street as needed and haul them to Marcus Paper Company in West Haven, CT ("Marcus"). Additional locations may be added during the year upon negotiation.

5. The Contractor must follow all rules of the paper facilities as far as acceptable days and hours of delivery, acceptable routes through streets, etc.

Section II

### Procedures and Standards

1. All loads shall be weighed at the Branford recycling center and at the receiving facility. No special preference in queue should be expected by the Contractor. Tare weights shall be checked periodically at the Town's discretion.

2. All service at the Branford recycling center shall be conducted within its normal hours of operation. No hauler shall be allowed in the recycling center before 7 A.M. on any day. Current hours of operation are Monday through Friday from 7:15 A.M. to 1:30 P.M. and Saturdays from 7:15 A.M. to 2:30 P.M. Saturday service is not required. The holiday schedule is available upon request.

3. The Contractor must perform all services in a workmanlike manner. The Contractor will be held responsible for any damages done to property due to negligence or carelessness on the part of the Contractor or any of his employees. The Town shall be the sole determiner of such negligence.

4. The Contractor shall be responsible for any equipment failure taking place on or off Town property. Repairs shall not be made by Town personnel or on Town property. The Contractor shall take such action as may be necessary to remove promptly any disabled vehicle from Town property.

5. The Contractor shall abide by all rules and regulations of the Branford transfer station including speed limits on site, other safety precautions, and appropriate behavior of personnel.

6. There shall be no smoking by any Contractor personnel on the Branford transfer station property.

Section III

Duration

1. This contract shall extend from July 1, 2000 to June 30, 2001.

2. If, while this contract is in effect, the Town arranges for receipt of its cardboard by an entity other than that listed above, the Town reserves the right to re-negotiate the terms of this contract with the Contractor. If the Town and the Contractor cannot reach a mutually satisfactory agreement on price, equipment, or other terms, the Town may cancel this contract without penalty upon 15 days notice.

Section IV

Contract Bond

The Contractor shall provide a Performance Bond, in a form and with a surety acceptable to the Town, in the amount of $3,000.

Section V

Workers' Compensation

The Contractor shall carry at all times Workers' Compensation Insurance with limits of 100/500/100 statutory limits, and shall save the Town of Branford harmless from any and all liability and expenses that may arise in consequence of any injury to any employee under the provisions of an "Act Concerning Compensation to Workers Injured in the Course of their Employment" and all amendments thereto.

Section VI

### Insurance

1. The Contractor shall provide Automobile Insurance coverage of not less than one million dollars, ($1,000,000) Combined Single Limit (C.S.L.) for Bodily Injury and Property Damage per accident, and General Liability Insurance coverage of one million dollars ($1,000,000) C.S.L. for Bodily Injury and Property Damage per occurrence, and shall save harmless the Town of Branford from all suits or actions brought against it for, or on account of, any injuries received or sustained by any party or parties by or from the Contractor, or the servants or agents or subcontractors of the Contractor, or in the performance of the obligations of the Contractor under the contract. The Contractor agrees that so much of the money due under and by virtue of this agreement as shall be considered necessary by the Board of Selectmen may be retained by the Town of Branford until all the suits or claims for damages shall have been settled and evidence to that effect furnished to the satisfaction of the Board of Selectmen or other town officials charged with said determination. Any compliance with Insurance Requirements shall be deemed to mean that the insurance is in a company authorized to do business in the State of Connecticut.

2. The Contractor shall provide an umbrella liability policy of not less than $5 million.

3. The Town of Branford shall be listed as an additional insured on said policies.

4. Each certificate of insurance shall provide that thirty (30) days prior written notice be given of an expiration, cancellation, or any other material changes in the Contractor's insurance coverage.

5. The Contractor must comply with all reasonable insurance requirements set by the receiving facilities.

6. The Contractor shall furnish certificates of insurance showing that the company has complied with the above provisions in reference to insurance. The Town may require a copy of the endorsement adding the Town of Branford as additional insured.

Section VII

### Sub-contracting of General Contract

No obligation of the Contractor under this contract may be sub-contracted in whole or in part, to any party.

3

Section VIII

Compensation

1. Upon submission of an invoice, the Town shall pay the Contractor within thirty (30) days for services rendered in the prior month. Each trip must be documented by a weight slip from the receiving facility verifying the date, time, net weight, hauler's name, and that the delivery was from the Town of Branford. **No invoices will be honored that are missing all or part of this information, or that do not substantially agree with weight slips issued from the Branford recycling center, or that are for loads transported to a facility other than that authorized.**

2. The Contractor hereby agrees to provide the Town of Branford with equipment and labor to haul corrugated cardboard in accordance with this Haul of Corrugated Cardboard Contract to Marcus Paper for $115/haul from 7/1/00 - 6/30/01.

Town of Branford

By _____
Anthony J. DaRos
First Selectman

Contractor, John's Refuse Removal, Inc.

By _____
Andrew Bozzuto
Its Vice President

4

FEB-27-2001 TUE 09:23 AM BRANFORD SELECTMAN'S OFF    FAX NO. 203 481 5561    P. 07

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

| PRODUCER | | | | | | |
|---|---|---|---|---|---|---|
| Regatta Associates, Inc.<br>2067 Jericho Turnpike<br>Commack NY 11725<br>Phone: 631-864-1111  Fax: 631-864-8274 | | | | | PROD ID BM<br>JOHNO-1 | DATE (MM/DD/YY)<br>01/19/01 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE**

| INSURED | INSURER A: | American Health Care Indemnity |
|---|---|---|
| John's Refuse Removal, Inc.<br>1002 Middletown Avenue<br>P.O. Box 520<br>Northford CT 06472 | INSURER B: | American Alternative Ins. Co. |
| | INSURER C: | Highlands Insurance Company |
| | INSURER D: | |
| | INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS MADE  X OCCUR<br><br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY  ☐ PROJECT  ☐ LOC | SCO2003756 | 01/11/01 | 01/11/02 | EACH OCCURRENCE<br>FIRE DAMAGE (Any one fire)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $1,000,000<br>$50,000<br>$5,000<br>$1,000,000<br>$2,000,000<br>$1,000,000 |
| A | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ ALL OWNED AUTOS<br>X SCHEDULED AUTOS<br>☐ HIRED AUTOS<br>☐ NON-OWNED AUTOS<br>X PIP-Statutory<br>X UM-10,000 | DBA2003756 | 01/11/01 | 01/11/02 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $1000000<br>$<br>$<br>$ |
| | **GARAGE LIABILITY**<br>☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN  EA ACC<br>AUTO ONLY:  AGG | $<br>$<br>$ |
| B | **EXCESS LIABILITY**<br>X OCCUR  ☐ CLAIMS MADE<br><br>X DEDUCTIBLE<br>X RETENTION  $10,000 | 01X20400003065150256 | 01/11/01 | 01/11/02 | EACH OCCURRENCE<br>AGGREGATE | $10,000,000<br>$<br>$<br>$<br>$ |
| C | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | WC2003756 | 01/11/01 | 01/11/02 | WC STATU-TORY LIMITS  OTHER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | <br>$100000<br>$100000<br>$500000 |
| A | **OTHER**<br>Physical Damage | DBA2003756 | 01/11/01 | 01/11/02 | Comp. Ded<br>Comp. Ded | 1000<br>1000 |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**
The below mentioned certificate holder is included as additional insured as respects operations from the named insured.

| CERTIFICATE HOLDER | Y | ADDITIONAL INSURED; INSURER LETTER: | CANCELLATION |
|---|---|---|---|
| | | TOWNBRA | |
| Town of Branford<br>Bay Hall<br>P.O. Box 150<br>Branford CT 06405 | | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  **30**  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br><br>*[signature]* |

ACORD 25-S (7/97)    © ACORD CORPORATION 1988

| ACORD. CERTIFICATE OF LIABILITY INSURANCE | | | | | DATE (MM/DD/YY) 01/12/00 | |
|---|---|---|---|---|---|---|
| PRODUCER Hollis D. Segur, Inc. 255 Bank Street P.O. Box 631 Waterbury, CT 06720 | | | | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | | |
| | | | | INSURERS AFFORDING COVERAGE | | |
| INSURED John's Refuse Removal, Inc. 1100 Middletown Avenue P. O. Box 520 Northford, CT 06472 | | | | INSURER A: Westport Insurance Corporation | | |
| | | | | INSURER B: Reliance | | |
| | | | | INSURER C: Oak River Insurance Company | | |
| | | | | INSURER D: | | |
| | | | | INSURER E: | | |

COVERAGES
THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY X COMMERCIAL GENERAL LIABILITY CLAIMS MADE X OCCUR GEN'L AGGREGATE LIMIT APPLIES PER: POLICY PRO- JECT LOC | RF20204621 | 01/11/00 | 01/11/01 | EACH OCCURRENCE FIRE DAMAGE (Any one fire) MED EXP (Any one person) PERSONAL & ADV INJURY GENERAL AGGREGATE PRODUCTS-COMP/OP AGG | $1,000,000 $300,000 $15,000 $1,000,000 $2,000,000 $2,000,000 |
| A | AUTOMOBILE LIABILITY X ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS X HIRED AUTOS X NON-OWNED AUTOS | RF20204621 | 01/11/00 | 01/11/01 | COMBINED SINGLE LIMIT (Ea accident) BODILY INJURY (Per person) BODILY INJURY (Per accident) PROPERTY DAMAGE (Per accident) | $1,000,000 $ $ $ |
| | GARAGE LIABILITY ANY AUTO | | | | AUTO ONLY- EA ACCIDENT OTHER THAN EA ACC AUTO ONLY: AGG | $ $ $ |
| B | EXCESS LIABILITY X OCCUR CLAIMS MADE DEDUCTIBLE X RETENTION $10000 | BINDER104879 | 01/11/00 | 01/11/01 | EACH OCCURRENCE AGGREGATE | $5,000,000 $5,000,000 $ $ $ |
| C | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | BINDER104878 | 01/11/00 | 01/11/01 | X WC STATU- TORY LIMITS OTH- ER E.L. EACH ACCIDENT E.L. DISEASE-EA EMPLOYEE E.L. DISEASE-POLICY LIMIT | $500,000 $500,000 $500,000 |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS
Certificate Holder is named as Additional Insured.

| CERTIFICATE HOLDER   X ADDITIONAL INSURED; INSURER LETTER: | CANCELLATION |
|---|---|
| Town of Branford P.O. Box 150 Branford, CT 06405 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE Kiley S. Quinlan |

ACORD 25-S (7/97) 1 of 2   #S25025/M25016   KSQ   © ACORD CORPORATION 1988