Policy Change
Number  6

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

## POLICY CHANGES

| POLICY NO.<br>RF2020462-1 | POLICY CHANGES EFFECTIVE<br>05/05/2000 | COMPANY<br>WESTPORT INSURANCE CORPORATION |
|---|---|---|
| **NAMED INSURED**<br>John's Refuse Removal, Inc. | | **AUTHORIZED REPRESENTATIVE**<br>Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial General Liability

**CHANGES**

The following is added as Additional Insured per form CG2026:

Fusco Management, Armstron Park Development, LLC & Armstrong Park Association
555 Long Wharf Drive
New Haven, CT 06510

RE: #6 Armstrong Park, Building #1
    #6 Armstrong Park, Household Building #3
    #2 Armstron, Neuvis located in Shelton, CT

No change in premium.

lmc 10/25/00

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change
Number  5

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO. | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| RF2020462-1 | 08/14/2000 | WESTPORT INSURANCE CORPORATION |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| John's Refuse Removal, Inc. | Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial General Liability

**CHANGES**

The following is added as Additional Insured per form CG2026:
Town of North Haven
Dept. of Public Works
Church Street
North Haven, CT 06473

RE: Permits

No change in premium.

lmc 10/25/00

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change
Number ___4___

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

## POLICY CHANGES

| POLICY NO.<br>RF2020462-1 | POLICY CHANGES EFFECTIVE<br>05/26/2000 | COMPANY<br>WESTPORT INSURANCE CORPORATION |
|---|---|---|
| **NAMED INSURED**<br>John's Refuse Removal, Inc. | | **AUTHORIZED REPRESENTATIVE**<br>Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial General Liability

**CHANGES**

The following is added as Additional Insured per form CG2026:
Avalon Bay
15 River Road
Wilton, CT 06897

RE: Avalon Haven trash removal contract.

No change in premium.

lmc 10/25/00

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change
Number _____15_____

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO.<br>RF2020462 | POLICY CHANGES EFFECTIVE<br>2/9/00 | COMPANY<br>WESTPORT INSURANCE CORPORATION |
|---|---|---|
| NAMED INSURED<br>JOHN'S REFUSE REMOVAL, INC. | | AUTHORIZED REPRESENTATIVE<br>HD SEGUR, INC. |

**COVERAGE PARTS AFFECTED**

COMMERCIAL GENERAL LIABILITY

**CHANGES**

THE FOLLOWING ADDITIONAL INSURED HAS BEEN ADDED TO THE POLICY PER CG2026:

FUSCO AREAN ASSOCIATION & FUSCO MANAGEMENT CO., LLC

NO PREMIUM CHANGE

dh 5/12/00

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 20 26 11 85

# ADDITIONAL INSURED—DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

FUSCO AREAN ASSOCIATION & FUSCO MANAGEMENT CO., LLC
PO BOX 9631
NEW HAVEN, CT 06535

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

CL 261 (11-85)
CG 20 26 11 85

Copyright, Insurance Services Office, Inc., 1984

Page 1 of 1

## Westport Insurance Corporation

5200 Metcalf, Overland Park, KS 66201-1379
(913) 676-5270  Facsimile (913) 676-5780

# BUSINESS AUTO COVERAGE PART DECLARATIONS

**ITEM ONE**

POLICY NO: RF2020462-1

NAMED INSURED:    John's Refuse Removal, Inc.

**ITEM TWO**

Schedule of Coverages and Covered Autos

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos." "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form shows which autos are covered autos) | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY | 1 | $1,000,000 | $46,094 |
| PERSONAL INJURY PROTECTION (or equivalent No Fault Coverage) | | SEPARATELY STATED IN EACH PIP ENDORSEMENT MINUS $Per Form Ded. | |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No-fault Coverage) | | SEPARATELY STATED IN EACH ADDED PIP ENDORSEMENT | |
| PROPERTY PROTECTION INSURANCE (Michigan Only) | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS $ Ded. FOR EACH ACCIDENT | |
| AUTO MEDICAL PAYMENTS | | | |
| UNINSURED MOTORISTS | 7 | Per Schedule | $462 |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | | | |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 7 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $Per Schedule Ded. FOR EACH COVERED AUTO BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. See ITEM FOUR for hired or borrowed "autos." | $2,106 |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $25 Ded. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. See ITEM FOUR for hired or borrowed "autos." | |

WIC-3001(03/96) - DEC

Page 1 of 4

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1990

| | | | | |
|---|---|---|---|---|
| PHYSICAL DAMAGE COLLISION COVERAGE | | 7 & 8 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $**Per Schedule** Ded. FOR EACH COVERED AUTO. See ITEM FOUR for hired or borrowed "autos." | $7,697 |
| PHYSICAL DAMAGE TOWING AND LABOR | | | $ for each disablement of a private passenger "auto." | |
| | | | PREMIUM FOR ENDORSEMENTS | $281 |
| | | | ESTIMATED TOTAL PREMIUM | $56,640 |

## ITEM THREE

SCHEDULE OF COVERED AUTOS YOU OWN

| COVERED AUTO NO. | DESCRIPTION | | | TERRITORY |
|---|---|---|---|---|
| | YEAR MODEL, TRADE NAME, BODY TYPE, SERIAL NUMBER (S), VEHICLE IDENTIFICATION NUMBER (VIN) | PURCHASED | | Town & State Where the Covered Auto will be principally garaged. |
| | | ORIGINAL COST NEW | Actual Cost & NEW (N) USED (U) | |
| 1 | **Per Vehicle Schedule** | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

| COVERED AUTO NO. | CLASSIFICATION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | RADIUS OF OPERATION | BUSINESS USE S=SERVICE R=RETAIL C=COMMERCIAL | SIZE GVW, GCW OR VEHICLE SEATING CAPACITY | AGE GROUP | PRIMARY RATING FACTOR | SECONDARY RATING FACTOR | CODE | Except for towing all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of the loss. |
| | | | | | Liab. / Phys. Dam. | | | |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |

| COVERED AUTO NO. | COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead) | | | | | | |
|---|---|---|---|---|---|---|---|
| | LIABILITY | | PERSONAL INJURY PROTECTION | | ADDED P.I.P. | PROP. PROT. (Michigan only) | |
| | Limit | Premium | Limit stated in each P.I.P. End. minus deductible shown below | Premium | Limit stated in each Added P.I.P. End. Premium | Limit stated in P.P.I. end. minus deductible shown below | Premium |
| 1 | | | | | | | |
| 2 | | | | | | | |

WIC-3001(03/96) - DEC    Page 2 of 4

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1990

| COVERED AUTO NO. | COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead |  |
|---|---|---|
| | AUTO MED PAY | |
| | Limit | Premium |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| Total Premium | | |

| COVERED AUTO NO. | COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead) | | | | | | |
|---|---|---|---|---|---|---|---|
| | COMPREHENSIVE | | SPECIFIED CAUSES OF LOSS | COLLISION | | TOWING & LABOR | |
| | Limit stated in ITEM TWO minus deductible shown below | Premium | Limit stated in ITEM TWO Premium | Limit stated in ITEM TWO minus deductible shown below | Premium | Limit Per Disablement | Premium |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| Total Premium | | | | | | | |

**ITEM FOUR**

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.**

LIABILITY COVERAGE - RATING BASIS, COST OF HIRE

| STATE | ESTIMATED COST OF HIRE FOR EACH ESTATE | RATE PER EACH $100 COST OF HIRE | FACTOR (If liab. Cov. is primary) | PREMIUM |
|---|---|---|---|---|
| CT | If Any | 3.735 | | $131 |
| | | | TOTAL PREMIUM | $131 |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

PHYSICAL DAMAGE COVERAGE

WIC-3001(03/96) - DEC

Page 3 of 4

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1990

| COVERAGES | LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|
| COMPREHENSIVE | ACTUAL CASH VALUE, COST OF REPAIRS OR<br>$25,000  WHICHEVER IS LESS, MINUS<br>$0  Ded. FOR EACH COVERED AUTO.<br>BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING | 0.435 | Incl |
| SPECIFIED CAUSES OF LOSS | ACTUAL CASH VALUE, COST OF REPAIRS OR<br>$  WHICHEVER IS LESS, MINUS<br>$25 Ded. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM | | |
| COLLISION | ACTUAL CASH VALUE, COST OF REPAIRS OR<br>$25,000  WHICHEVER IS LESS, MINUS<br>$500  Ded. FOR EACH COVERED AUTO. | 0.591 | Incl |
| | | TOTAL PREMIUM | $50 |

PHYSICAL DAMAGE INSURANCE for covered "autos" you hire or borrow is excess unless indicated below by "☒".

☒ If this box is checked, PHYSICAL DAMAGE COVERAGE applies on a direct primary basis and for purposes of the condition entitled OTHER INSURANCE, any covered "auto" you hire or borrow is deemed to be a covered "auto" you own.

**ITEM FIVE**

SCHEDULE FOR NON-OWNERSHIP LIABILITY

| NAMES INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| Other than a Social Service Agency | Number of Employees | 8 | $258 |
| | Number of Partners | | $ |
| Social Service Agency | Number of Employees | | $ |
| | Number of Volunteers | | $ |
| | | | $258 |

FORMS AND ENDORSEMENTS APPLICABLE:

CA0001 (07-97), CA0107 (10-97), CA2157 (02-95), ~~CA9903 (07-97)~~, CA9939 (09-94), CA9944 (12-93), CA9948 (12-93)

THESE DECLARATIONS ARE PART OF THE COMMON POLICY DECLARATIONS CONTAINING THE NAMED INSURED AND THE POLICY PERIOD.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1990

Westport - Refuse Haulers
DECLARATION

| POLICY NO. RF-WP-2020462-1/000 | EFFECTIVE DATE: 01/11/00 |
| INSURED: John's Refuse Removal, Inc. | AGENT: Hollis D. Segur, Inc. |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

| NO | KEY | YR | TYPE | MAKE | | DESCRIPTION | VIN/SERIAL | ST | TERR | ZONE ORG | ZONE DEST | CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | 87 | CA | Wester 33453 | 1 | Star | 917829 | CT | 021 | 000 | 00 | 21453 |
| 002 | | 92 | CA | Peterbilt 40463 | 2 | F/L Truck | 706104 | CT | 021 | 000 | 00 | 33453 |
| 003 | | 96 | CA | Western 40463 | 3 | R/O Truck | 2WLPCCH6TK942840 | CT | 021 | 000 | 00 | 33453 |
| 004 | | 92 | CA | Intl 33453 | 4 | Recy Truck | 420321 | CT | 021 | 000 | 00 | 21453 |
| ~~005~~ | | ~~87~~ | ~~CA~~ | ~~FrontLoad~~ | | ~~Truck~~ | ~~2926~~ | ~~CT~~ | ~~021~~ | ~~000~~ | ~~00~~ | ~~33453~~ |
| 006 | | 98 | CA | Western 40463 | 5 | R/O Truck | 2WLPCCK8WK950017 | CT | 021 | 000 | 00 | 23453 |
| ~~007~~ | | ~~91~~ | ~~CA~~ | ~~GMC~~ | | ~~Recy Truck~~ | ~~J8DB4B1H0M7002047~~ | ~~CT~~ | ~~021~~ | ~~000~~ | ~~00~~ | ~~03499~~ |
| 008 | | 98 | CA | Ford 33453 | 6 | Recy Truck | 1FDXF80C8WVA33499 | CT | 021 | 000 | 00 | 21453 |

| NO | KEY | RADIUS | USE | SIZE/SEATS | INDUSTRY | LIAB PREM | UM PREM | UIM PREM | PIP PREM | ADD PIP | MED PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | LOCAL | SERV | MEDIUM TRUCK | WASTE DISPOSAL | $2,338 | $24 | $0 | $0 | $0 | $0 |
| 002 | | LOCAL | COMM | HEAVY TRUCK | WASTE DISPOSAL | $3,435 | $24 | $0 | $0 | $0 | $0 |
| 003 | | LOCAL | COMM | HEAVY TRUCK | WASTE DISPOSAL | $3,435 | $24 | $0 | $0 | $0 | $0 |
| 004 | | LOCAL | SERV | MEDIUM TRUCK | WASTE DISPOSAL | $2,338 | $24 | $0 | $0 | $0 | $0 |
| 005 | | LOCAL | COMM | HEAVY TRUCK | WASTE DISPOSAL | $3,435 | $24 | $0 | $0 | $0 | $0 |
| 006 | | LOCAL | COMM | MEDIUM TRUCK | WASTE DISPOSAL | $3,435 | $24 | $0 | $0 | $0 | $0 |
| 007 | | LOCAL | COMM | LIGHT TRUCK | NOC | $3,006 | $24 | $0 | $0 | $0 | $0 |
| | | | | | | $2,894 | | | | | |
| 008 | | LOCAL | SERV | MEDIUM TRUCK | WASTE DISPOSAL | $2,338 | $24 | $0 | $0 | $0 | $0 |

| NO | KEY | COVERAGE (OTHER THAN COLLISION) | DED | ST-AMT | PREM | COLLISION DED | COLLISION PREM | TOWING PREM | SOUND PREM | TAPE PREM | UNIT PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | COMPREHENSIVE | $500 | $0 | $63 | $500 | $186 | $0 | $0 | $0 | $2,611 |
| 002 | | COMPREHENSIVE | $500 | $0 | $78 | $500 | $281 | $0 | $0 | $0 | $3,818 |
| 003 | | COMPREHENSIVE | $500 | $0 | $156 | $500 | $519 | $0 | $0 | $0 | $4,134 |
| 004 | | COMPREHENSIVE | $500 | $0 | $83 | $500 | $299 | $0 | $0 | $0 | $2,744 |
| 005 | | COMPREHENSIVE | $500 | $0 | $59 | $500 | $175 | $0 | $0 | $0 | $3,693 |
| 006 | | COMPREHENSIVE | $500 | $0 | $247 | $500 | $881 | $0 | $0 | $0 | $4,158 |
| 007 | | COMPREHENSIVE | $500 | $0 | $107 | $500 | $387 | $0 | $0 | $0 | $3,412 |
| 008 | | COMPREHENSIVE | $500 | $0 | $139 | $500 | $542 | $0 | $0 | $0 | $3,043 |

------LIMITS------

| NO | KEY | LIABILITY | UM | UMPD | UIM | MED PAY |
|---|---|---|---|---|---|---|
| 001 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 002 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 003 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 004 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 005 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 006 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 007 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 008 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |

| NO | KEY | PIP | ADDED PIP | TOWING | SOUND | COST |
|---|---|---|---|---|---|---|
| 001 | | N/A | N/A | $0 | $0 | $40,000 |
| 002 | | N/A | N/A | $0 | $0 | $47,000 |
| 003 | | N/A | N/A | $0 | $0 | $110,372 |
| 004 | | N/A | N/A | $0 | $0 | $50,000 |
| 005 | | N/A | N/A | $0 | $0 | $33,000 |
| 006 | | N/A | N/A | $0 | $0 | $134,732 |
| 007 | | N/A | N/A | $0 | $0 | $48,600 |
| 008 | | N/A | N/A | $0 | $0 | $52,043 |

*** LEGEND *** KEY: "A" = Add, "D" = Delete or "M" = Modify. MED PAY = EMB in Pennsylvania.

01-25-00               Page 01 of 02               Insured's copy

Westport - Refuse Haulers
DECLARATION

| POLICY NO. RF-WP-2020462-1/000 | EFFECTIVE DATE: 01/11/00 |
| INSURED: John's Refuse Removal, Inc. | AGENT: Hollis D. Segur, Inc. |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

|  |  |  |  |  |  |  |  |  | —ZONE— |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NO | KEY | YR | TYPE | MAKE | DESCRIPTION | VIN/SERIAL | ST | TERR | ORG | DEST | CLASS |
| ~~009~~ | | ~~91~~ | ~~CA~~ | ~~Ford~~ | ~~F700 Truck~~ | ~~1FDWK74P6MVA10332~~ | ~~CT~~ | ~~021~~ | ~~000~~ | ~~00~~ | ~~23453~~ |
| 010 | | 98 | CA | Western 40453 | Star R/O 7 | 2WLPDCCK7WK953603 | CT | 021 | 000 | 00 | 23453 |
| 011 | | 97 | PPT | Ford Taurus 7398 | 8 | 1FALP53SXVA209739 | CT | 021 | 000 | 00 | 7398 |
| 012 | | 99 | CA | Mack 40453 | F/L 9 | 1M2K185CXXM007625 | CT | 021 | 000 | 00 | 50453 |
| 013 | | 98 | CA | Western 40453 | Star Trk 10 | 2WLNCDPF9WK952465 | CT | 021 | 000 | 00 | 40453 |
| 014 | | 99 | CA | Intl 40453 | R/L 11 | 1HTSDAANXXH690173 | CT | 021 | 000 | 00 | 31453 |

15
16
17  18  19

| NO | KEY | RADIUS | USE | SIZE/SEATS | INDUSTRY | LIAB PREM | UM PREM | UIM PREM | PIP PREM | ADD PIP | MED PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 009 | | LOCAL | COMM | MEDIUM TRUCK | WASTE DISPOSAL | $3,006 | $24 | $0 | $0 | $0 | $0 |
| 010 | | LOCAL | COMM | MEDIUM TRUCK | WASTE DISPOSAL | $3,006 | $24 | $0 | $0 | $0 | $0 |
| 011 | | | | | | $1,403 | $150 | $0 | $0 | $0 | $0 |
| 012 | | LOCAL | COMM | X-HEAVY TRUCK/TRACTR | WASTE DISPOSAL | $6,440 | $24 | $0 | $0 | $0 | $0 |
| 013 | | LOCAL | COMM | X-HEAVY TRUCK | WASTE DISPOSAL | $6,193 | $24 | $0 | $0 | $0 | $0 |
| 014 | | LOCAL | SERV | HEAVY TRUCK | WASTE DISPOSAL | $2,438 | $24 | $0 | $0 | $0 | $0 |

| NO | KEY | ——OTHER THAN COLLISION—— | | | | COLLISION | | TOWING | SOUND | TAPE | UNIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | COVERAGE | DED | ST-AMT | PREM | DED | PREM | PREM | PREM | PREM | PREM |
| 009 | | COMPREHENSIVE | $500 | $0 | $59 | $500 | $158 | $0 | $0 | $0 | $3,247 |
| 010 | | COMPREHENSIVE | $500 | $0 | $247 | $500 | $881 | $0 | $0 | $0 | $4,158 |
| 011 | | COMPREHENSIVE | $500 | $0 | $62 | $500 | $224 | $0 | $0 | $0 | $1,839 |
| 012 | | COMPREHENSIVE | $500 | $0 | $325 | $500 | $1,449 | $0 | $0 | $0 | $8,238 |
| 013 | | COMPREHENSIVE | $500 | $0 | $299 | $500 | $1,066 | $0 | $0 | $0 | $7,582 |
| 014 | | COMPREHENSIVE | $500 | $0 | $182 | $500 | $649 | $0 | $0 | $0 | $3,293 |

| NO | KEY | LIABILITY | UM | UMPD | UIM | MED PAY |
|---|---|---|---|---|---|---|
|  |  |  | ———LIMITS——— |  |  |  |
| 009 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 010 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 011 | | $1,000,000 | $1,000,000 | $0 | $1,000,000 | $0 |
| 012 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 013 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |
| 014 | | $1,000,000 | $40,000 | $0 | $40,000 | $0 |

| NO | KEY | PIP | ADDED PIP | TOWING | SOUND | COST |
|---|---|---|---|---|---|---|
| 009 | | N/A | N/A | $0 | $0 | $25,000 |
| 010 | | N/A | N/A | $0 | $0 | $95,000 |
| 011 | | N/A | N/A | $0 | $0 | $13,500 |
| 012 | | N/A | N/A | $0 | $0 | $161,698 |
| 013 | | N/A | N/A | $0 | $0 | $120,000 |
| 014 | | N/A | N/A | $0 | $0 | $95,000 |

*** LEGEND ***   KEY: "A" = Add, "D" = Delete or "M" = Modify. MED PAY = EMB in Pennsylvania.