THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. COVERAGE**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. WHO IS AN INSURED**

1. You while "occupying" or, while a pedestrian, when struck by an "auto".
2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".
3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. EXCLUSIONS**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.
2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.
3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".
4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.
5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.
6. "Bodily injury" caused by declared or undeclared war or insurrection or any of their consequences.
7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.
8. "Bodily injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. LIMIT OF INSURANCE**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**E. CHANGES IN CONDITIONS**

CA 943 (7-97)
CA 99 03 07 97                Copyright, Insurance Services Office, Inc., 1996                Page 1 of 2

CA 99 03 07 97

The Conditions are changed for Auto Medical Payments Coverage as follows:

1. The Transfer of Rights Of Recovery Against Others To Us Condition does not apply.
2. The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance—Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

F. **ADDITIONAL DEFINITIONS**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.
2. "Occupying" means in, upon, getting in, on, out or off.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GLASS COVERAGE – CONNECTICUT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective 01/11/2000 | |
|---|---|
| Named Insured John's Refuse Removal, Inc. | Countersigned by |

(Authorized Representative)

### SCHEDULE

Designation or description of Covered "autos" to which this insurance applies:

[ ]   All Covered "autos" licensed or principally garaged in Connecticut.

[x]   All Covered "autos" of the private passenger type licensed or principally garaged in Connecticut.

[ ]   Each covered "auto" described below.

PHYSICAL DAMAGE COVERAGE for a covered "auto" licensed or principally garaged in Connecticut and described or designated in the Schedule is changed as follows:
A.  No deductible applies to "loss" to glass used in the windshield or windows.
B.  All other PHYSICAL DAMAGE COVERAGE provisions apply.

CA 99 39 09 94              Copyright, Insurance Services Office, Inc., 1993              Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto."
B. The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.
C. We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.
D. If we make any payments to the loss payee, we will obtain his or her rights against any other party.

| | | | |
|---|---|---|---|
| Veh # 14 | Associates Commercial Corp | PO Box 168647, | Irving, TX 75016 - 0000 |
| Veh # 6, 10 | Associates Commercial Corp. | 12700 Shelby Road, | Louisville, KY 40243 - 0000 |
| Veh # 12 | Associates Commercial Corp. | P.O. Box 16847, | Irving, TX 75016 - 8647 |
| Veh # 3 | Associates Commercial Corp. | P.O. Box 168647, | Irving, TX 75016 - 8647 |

CA 99 44 12 93                Copyright, Insurance Services Office, Inc., 1993                Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLLUTION LIABILITY – BROADENED COVERAGE FOR COVERED AUTOS BUSINESS AUTO, MOTOR CARRIER AND TRUCKERS COVERAGE FORMS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

1. **LIABILITY COVERAGE** is changed as follows:

   Paragraph **a.** of the POLLUTION EXCLUSION applies only to liability assumed under a contract or agreement.

2. **DEFINITIONS**

   As used in this endorsement:

   D. "Covered pollution cost or expense" means any cost or expense arising out of:

   1. Any request, demand or order; or
   2. Any claim or "suit" by or on behalf of a governmental authority demanding

   that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

   "Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   a. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

   b. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured."

   Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

   (1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

   (2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

Policy Change
Number   10

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO. | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| RF2020462-1 | 12/29/00 | WESTPORT INSURANCE CORPORATION |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| John's Refuse Removal, Inc. | Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial Auto

**CHANGES**

Vehicle #20-1998 Ford Expedition, S#1FMPU18L7WLB37768, Cost New $25,000 is added to the policy for Liability, UM, Comp $500 ded and Coll $500 ded.

Additional Premium Due: $73

lmc 01/31/01

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change
Number    9

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO.<br>RF2020462-1 | POLICY CHANGES EFFECTIVE<br>11/8/00 | COMPANY<br>WESTPORT INSURANCE CORPORATION |
|---|---|---|
| NAMED INSURED<br>JOHN'S REFUSE REMOVAL, INC. | | AUTHORIZED REPRESENTATIVE<br>HD SEGUR, INC. |

**COVERAGE PARTS AFFECTED**

COMMERCIAL AUTO

**CHANGES**

VEHICLE #18, 1998 INTL #9597, HAS BEEN ADDED TO THE POLICY.   *33453*

COVERAGES: LIABILITY, UNINSURED MOTORIST, $500 DEDUCTIBLE COMPREHENSIVE $500 DEDUCTIBLE COLLISION.

VEHICLE #19, 1991 LODAL TRUCK #6506, HAS BEEN ADDED TO THE POLICY.

COVERAGES: LIABILITY, UNINSURED MOTORIST.   *33453*

ADDITIONAL PREMIUM: $1331

dh 12/14/00

_____
AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change
Number    8

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO.<br><br>RF2020462-1 | POLICY CHANGES EFFECTIVE<br><br>10/04/2000 | COMPANY<br><br>WESTPORT INSURANCE CORPORATION |
|---|---|---|
| **NAMED INSURED**<br><br>John's Refuse Removal, Inc. | | **AUTHORIZED REPRESENTATIVE**<br><br>Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial Auto

## CHANGES

Vehicle #9-1991 Ford Truck S#1FDWK74P6MVA10332 is deleted from the policy.

Vehicle #17-1997 Freightliner Truck S#1FY6HFAC1ZH824133 is added to the policy for Liability, UM, Comp $500 ded and Coll $500 ded.

33453

Additional Premium: WAIVED

lmc 10/25/00

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change
Number     7

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO. | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| RF2020462-1 | 08/16/2000 | WESTPORT INSURANCE CORPORATION |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| John's Refuse Removal, Inc. | Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial Auto

**CHANGES**

Vehicle #7-1991 GMC Recycle Truck S#J8DB4B1HOM7002047 is deleted from the policy.

Return Premium Due: ($1,382)

lmc 10/25/00

AUTHORIZED REPRESENTATIVE SIGNATURE

Policy Change
Number    3

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

## POLICY CHANGES

| POLICY NO.<br>RF2020462-1 | POLICY CHANGES EFFECTIVE<br>05/19/2000 | COMPANY<br>WESTPORT INSURANCE CORPORATION |
|---|---|---|
| **NAMED INSURED**<br>John's Refuse Removal, Inc. | | **AUTHORIZED REPRESENTATIVE**<br>Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial Auto

**CHANGES**

Vehicle #5-1987 Mack S#2926 is deleted from the policy.
Vehicle #16-1993 Peterbilt Truck S#1XPZX5EX7PD707104 is added to the policy for Liability, UM, Comp $500 ded. and Coll $500 ded.   40453

No change in premium.

lmc 10/25/00

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change
Number ___2___

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

## POLICY CHANGES

| POLICY NO.<br><br>RF2020462-1 | POLICY CHANGES EFFECTIVE<br><br>05/04/2000 | COMPANY<br><br>WESTPORT INSURANCE CORPORATION |
|---|---|---|
| **NAMED INSURED**<br><br>John's Refuse Removal, Inc. | | **AUTHORIZED REPRESENTATIVE**<br><br>Hollis D. Segur, Inc. |

**COVERAGE PARTS AFFECTED**

Commercial Auto

### CHANGES

Vehicle #15-1979 Peterbilt Rearloader S#700269 is deleted from the policy.

Return Premium Due ($2,443)

lmc 10/25/00

AUTHORIZED REPRESENTATIVE SIGNATURE

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Change
Number ___16___

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO.<br>RF2020462 | POLICY CHANGES EFFECTIVE<br>5/4/00 | COMPANY<br>WESTPORT INSURANCE CORPORATION |
|---|---|---|
| NAMED INSURED<br>JOHN'S REFUSE REMOVAL, INC. | | AUTHORIZED REPRESENTATIVE<br>HD SEGUR, INC. |

**COVERAGE PARTS AFFECTED**

COMMERCIAL AUTO

**CHANGES**

VEHICLE #15, 1979 PETERBILT #0269, HAS BEEN ADDED TO THE POLICY.

COVERAGES: LIABILITY, UNINSURED MOTORIST

ADDITIONAL PREMIUM: $2443

dh 5/12/00

AUTHORIZED REPRESENTATIVE SIGNATURE

GU 269 (11-85)
IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983