UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION, | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO. 3:02 CV 1824 AVC |
| | : | |
| TOWN OF BRANFORD, GEORGETTE LASKE, | : | |
| MARGARET HALL, EDWARD MASOTTA, | : | |
| THOMAS WOODFORD and THE CONNECTICUT | : | |
| INSURANCE GUARANTY ASSOCIATION | : | |
| | | |
| Defendants | : | DECEMBER 21, 2004 |

### PLAINTIFF'S LOCAL RULE 56(a)(2) STATEMENT

1. Admitted

2. Admitted

3. Admitted

4. It is admitted only that John Barone alleged in the underlying complaint that he sustained a personal injury. The remaining allegations are denied.

5. Admitted

6. Denied, this was not alleged in the underlying complaint of John Barone.

7. This can neither be admitted nor denied, the document speaks for itself and its legal effect is not a proper matter of fact for a Rule 56 Statement, it is an ultimate question of law for the court to determine.

8. This can neither be admitted nor denied, the document speaks for itself and its legal effect is not a proper matter of fact for a Rule 56 Statement, it is an ultimate question of law for the court to determine.

9. Admitted

10. Admitted

11. This can neither be admitted nor denied, the document speaks for itself and its legal effect is not a proper matter of fact for a Rule 56 Statement, it is an ultimate question of law for the court to determine.

12. This can neither be admitted nor denied, the document speaks for itself and its legal effect is not a proper matter of fact for a Rule 56 Statement, it is an ultimate question of law for the court to determine.

13. Admitted

14. Denied, this was not alleged in the underlying complaint of John Barone.

15. Denied. The interpretation of the language of the insurance contract and the duty to defend are legal conclusions and not facts.

16. Admitted.

17. Admitted

18. Denied

19. This is a legal conclusion and not a proper matter of fact for a Rule 56 Statement. It is an ultimate question of law for the court to determine.

20. Denied

## DISPUTED ISSUES OF MATERIAL FACT

The only relevant facts are those alleged in the underlying complaint of John Barone and those contained in the Westport insurance policy. Any attempts by the co-defendants to introduce new facts are unacceptable.

PLAINTIFF

BY_____
MICHAEL S. TAYLOR
**Horton, Shields & Knox, P.C.**
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
*fax* (860) 728-0401
Fed. Bar ID#CT 14650
mtaylor@hsklawfirm.com

## **C E R T I F I C A T I O N**

  I hereby certify that a copy of the foregoing was mailed, postage prepaid, on December 21, 2004 to the following:

Jack G. Steigelfest, Esq.
**Howard, Kohn, Sprague & FitzGerald**
P. O. Box 2617898
Hartford, CT 06126

                  _____
                    MICHAEL S. TAYLOR