UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION, | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO. 3:02 CV 1824 AVC |
| | : | |
| TOWN OF BRANFORD, GEORGETTE LASKE, MARGARET HALL, EDWARD MASOTTA, THOMAS WOODFORD and THE CONNECTICUT INSURANCE GUARANTY ASSOCIATION | : : : : | |
| Defendants | : | DECEMBER 21, 2004 |

**PLAINTIFF'S ANSWER TO COUNTERCLAIM OF
<u>DEFENDANT CONNECTICUT INSURANCE GUARANTY ASSOCIATION</u>**

1. The allegations of paragraph 1 are admitted.

2. The allegations of paragraph 2 are admitted.

3. The allegations of paragraph 3 are admitted.

4. The allegations of paragraph 4 are admitted.

5. The plaintiff admits that John Barone has alleged that he was injured on November 1, 2000. With regard to the remaining allegations of paragraph 5, the plaintiff has insufficient knowledge or information upon which to form a belief and therefore leaves the counterclaim plaintiff to its proof.

6. The allegations of paragraph 6 are admitted.

7. With regard to the allegations of paragraph 7, the plaintiff has insufficient knowledge or information upon which to form a belief and therefore leaves the counterclaim plaintiff to its proof.

8. The plaintiff/counterclaim defendant neither admits nor denies the allegations of paragraph 8 because the document referenced therein speaks for itself.

9. The plaintiff/counterclaim defendant neither admits nor denies the allegations of paragraph 9 because the document referenced therein speaks for itself.

10. With regard to the allegations of paragraph 10, the plaintiff has insufficient knowledge or information upon which to form a belief and therefore leaves the counterclaim plaintiff to its proof.

11. The allegations of paragraph 11 are admitted.

12. The plaintiff/counterclaim defendant neither admits nor denies the allegations of paragraph 12 because the document referenced therein speaks for itself.

13. The plaintiff/counterclaim defendant neither admits nor denies the allegations of paragraph 13 because the document referenced therein speaks for itself.

14. The allegations of paragraph 14 are denied.

15. With regard to the allegations in paragraph 15, the plaintiff admits that it has participated in the defense of the Barone litigation under a complete reservation of its right to deny coverage.

16. With regard to the allegations of paragraph 17, the plaintiff has insufficient knowledge or information upon which to form a belief and therefore leaves the counterclaim plaintiff to its proof.

17. With regard to the allegations of paragraph 10, the plaintiff has insufficient knowledge or information upon which to form a belief and therefore leaves the counterclaim plaintiff to its proof.

18. The allegations of paragraph 18 are denied.

                        PLAINTIFF

                        BY_____
                            MICHAEL S. TAYLOR
                            **Horton, Shields & Knox, P.C.**
                            90 Gillett Street
                            Hartford, CT 06105
                            (860) 522-8338
                            *fax* (860) 728-0401
                            Fed. Bar ID#CT 14650
                            mtaylor@hsklawfirm.com

## **C E R T I F I C A T I O N**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on December 21, 2004 to the following:

Jack G. Steigelfest, Esq.
**Howard, Kohn, Sprague & FitzGerald**
P. O. Box 2617898
Hartford, CT 06126

                            _____
                            MICHAEL S. TAYLOR