FILED

2004 DEC 21  P 3: 34

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION | : | CIVIL ACTION NO. |
| Plaintiff | : | 3 02 CV 1824 AVC |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF BRANFORD: GEORGETTE | : | |
| LASKE, MARGARET HALL, EDWARD | : | |
| MASOTTA, THOMAS WOODFORD and | : | |
| THE LEGION INSURANCE COMPANY | : | |
| Defendants | : | DECEMBER 21, 2004 |

## DEFENDANTS' LOCAL RULE 56(A)(2) STATEMENT

RESPONSE TO PLAINTIFF'S RULE 56(a)(2) STATEMENT

1. The defendants cannot admit or deny this statement because the document attached does not contain the language recited in the plaintiff's Complaint.

2. Admitted

3. Admitted.

DISPUTED ISSUES OF MATERIAL FACT

There are no disputed issues of material fact

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160

THE DEFENDANTS

BY _____
Jack G. Steigelfest
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, CT 06126-1798
(860) 525-3101  Juris No. 28160

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 21st day of December 2004, to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, Connecticut 06105
(860) 522-8338

_____
Jack G. Steigelfest
Commissioner of the Superior Court