UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
WESTPORT INSURANCE CORP.,      :
   Plaintiff,                  :
                               :
v.                             :    3:02CV1824(AVC)
                               :
TOWN OF BRANFORD, ET AL.,      :
   Defendants.                 :
```

**RULING ON MOTION TO DISMISS**

This is a diversity action for equitable relief brought pursuant to 28 U.S.C. §§ 1332 and 2201.  Specifically, the plaintiffs, Westport Insurance Corp. [Westport], seek a declaratory judgment regarding the scope of an insurance policy's liability coverage.

On June 21, 2004, Westport filed a motion "for substitution of party defendant."  Specifically, Westport argued that the court should allow them to substitute "the Connecticut Insurance Guaranty Association [CIGA] . . . as a defendant in this action in place . . . of The Legion Insurance Company [Legion]."  On July 14, 2004, the court granted the motion absent objection.  Westport, however, did not file an amended complaint naming CIGA as a defendant.

On September 8, 2004, the defendants filed the within two-part motion to "compel and/or dismiss"(document no. 25).  Specifically, the defendants argued that the court should issue an order compelling Westport to file an amended complaint naming CIGA as a defendant.  In addition, the defendants argued that if Westport failed to file an amended complaint, the court should "dismiss this action [against Legion] . . ."

On October 14, 2004, the court granted the motion in part. Specifically, the court granted the motion to compel Westport to amend the complaint (document no. 28). As to the motion to dismiss, the court stated that if Westport failed to file an amended complaint within 21 days, the court would "dismiss the action against CIGA."

On November 30, 2004, Westport filed an amended complaint in accordance with the court's October 14, 2004 order. Accordingly, the motion to dismiss (document no. 25) is DENIED.

It is so ordered, this 13th day of April, 2005 at Hartford, Connecticut.

                                                _____/s/_____
                                                Alfred V. Covello
                                                United States District Judge