UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WESTPORT INSURANCE COMPANY

     V.                                      CASE NO. 3:02CV01824 (AVC)

TOWN OF BRANFORD, GEORGETTE
LASKE, MARGARET HALL, EDWARD
MASOTTA, THOMAS WOODFORD and
THE CONNECTICUT INSURANCE
GUARANTY ASSOCIATION

## J U D G M E N T

This action having commenced by a complaint seeking declaratory judgment and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The parties, having filed their cross-motions for summary judgment and the Court, having considered the full record of the case, including applicable principles of law on May 18, 2005, having filed its ruling granting in part and denying in part the motions; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in accordance with the Court's May 18, 2005 ruling.

Dated at Hartford, Connecticut, this 20th day of May, 2005.

                                                          KEVIN F. ROWE, Clerk

                                                          By   /s/
                                                               Jo-Ann Walker

EOD: _____                                  Deputy Clerk