UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION, | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO. 3:02 CV 1824 (AVC) |
| | : | |
| TOWN OF BRANFORD, GEORGETTE LASKE, | : | |
| MARGARET HALL, EDWARD MASOTTA, | : | |
| THOMAS WOODFORD and THE CONNECTICUT | : | |
| INSURANCE GUARANTY ASSOCIATION, | : | |
| | | |
| Defendants | : | JUNE 15, 2005 |

## NOTICE OF APPEAL

1.    Pursuant to F.R.A.P. 4(a)(1), the plaintiff, Westport Insurance Corporation hereby gives notices and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order: Judgment for the Plaintiff in part and for the defendants in part in accordance with the District Court's May 18, 2005 ruling on the parties' cross motions for summary judgment.

2.    The Judgment in this action was entered on May 20, 2005.

PLAINTIFF, WESTPORT INSURANCE
CORPORATION

By_____
Michael S. Taylor
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT  06105
(860) 522-8338
*fax* (860) 728-0401
Fed. Bar ID#CT 14650
mtaylor@hsklawfirm.com

## **C E R T I F I C A T I O N**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on June 15, 2005 to the following:

Jack G. Steigelfest, Esq.
**Howard, Kohn, Sprague & FitzGerald**
P. O. Box 2617898
Hartford, CT 06126

 

_____
            MICHAEL S. TAYLOR