UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION | : | CIVIL ACTION NO. |
| Plaintiff | : | 3 02 CV 1824 AVC |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF BRANFORD, GEORGETTE LASKE, MARGARET HALL, EDWARD MASOTTA, THOMAS WOODFORD and THE CONNECTICUT INSURANCE GUARANTY ASSOCIATION, | : : : : : | |
| Defendants | : | JUNE 20, 2005 |

## NOTICE OF APPEAL

Notice is hereby given that the Town of Branford, Georgette Laske, Margaret Hall, Edward Massotta, Thomas Woodford and the Connecticut Insurance Guaranty Association, defendants and cross-appellants in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on May 20, 2005, in accordance with the District Court's May 18, 2005 Ruling granting in part and denying in part the parties' cross motions for summary judgment.

        THE DEFENDANTS
TOWN OF BRANFORD: GEORGETTE
LASKE, MARGARET HALL, EDWARD
MASOTTA, THOMAS WOODFORD and
THE CONNECTICUT INSURANCE
GUARANTY ASSOCIATION


BY_____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut  06126-1798
(860) 525-3101    Fed Bar # ct05733


## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 20th day of June, 2005 to:

Michael S. Taylor, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, Connecticut  06105
(860) 522-8338


_____
Jack G. Steigelfest
Howard, Kohn, Sprague & FitzGerald