**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date:                 7/20/05
Docket Number:        05-3093-cv
Short Title:          Westport Ins Corp v. Branford
DC Docket Number:     02-cv-1824
DC:                   DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:             Honorable Alfred Covello

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 20th day of July, two thousand five.

Westport Insurance Corporation,

  Plaintiff-Counter-Defendant Appellant-Cross-Appellee,

v

Town of Branford, Georgette Laske, Margaret Hall, Edward Masotta and Thomas Woodford,

  Defendants-Appellees-Cross-Appellants,

Connecticut Insurance Guaranty Association,

  Defendant-Counterclaimant-Appellee-X-Appellant,

Legion Ins. Co.,

  Defendant,

The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof it is **ORDERED** that the appeal from the order of 5/18/05 United States Court for the District of Connecticut be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Roseann B. MacKechnie, Clerk

By: Julius D. Crockwell
Deputy Clerk

CERTIFIED: 7/20/05

A TRUE COPY
Roseann B. MacKechnie, CLERK
by [signature]
DEPUTY CLERK