UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date: 7/28/05
Docket Number: 05-3093-cv
Short Title: Westport Ins Corp v. Branford
DC Docket Number: 02-cv-1824
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Alfred Covello

Dear Clerk

An order has been entered by this court recalling and staying the mandate reissuance of the mandate of this court in the above-entitled case.

The mandate was issued to your office on 7/20/05

Please return the mandate to me so that I may hold it pursuant to the court^s order.

I enclosed herein a certified copy of the above-mentioned order for your files.

Very truly yours,

Roseann B. MacKechnie, Clerk

By: _____
Julius D. Crockwell
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

DEPUTY CLERK

CERTIFIED. 7/28/05