UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARCUS PAPER CO. INC.,** | : | **CIVIL ACTION NO: 3:05-cv-00952 (JBA)** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **WESTPORT INSURANCE CORP.,** | : | |
| | : | |
| Defendant. | : | **SEPTEMBER 22, 2005** |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendant, Westport Insurance Corp., in the above-captioned case.

        **DEFENDANT**
        **WESTPORT INSURANCE CORP.**

        By: /s/ Diane Bucci
        Diane Bucci (ct23763)
        Robinson & Cole LLP
        Financial Centre
        695 East Main Street
        P.O. Box 10305
        Stamford, CT 06904-2305
        Telephone: (203) 462-7500
        Fax: (203) 462-7599
        E-mail: dbucci@rc.com

STAM1-798502-1

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage paid, this 22nd day of September, 2005 to the following counsel of record:

Scott D. Camassar, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976
*Atty for Marcus Paper Co., Inc.*

/s/ Diane Bucci
Diane Bucci