UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESTPORT INSURANCE CORP., | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02 CV 01824(AVC) |
| VS. | : | |
| TOWN OF BRANFORD, ET AL | : | |
| Defendants | : | SEPTEMBER 29, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves for leave to withdraw his appearance on behalf of the Plaintiff Westport Insurance Corporation. Good cause exists for withdrawal because other counsel has appeared for the Westport Insurance Corporation. A copy of the appearance of Attorney Diane Bucci of the law firm of Robinson & Cole, LLP on behalf of the Westport Insurance Corporation is attached hereto as Exhibit A.

MICHAEL S. TAYLOR
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105
(860) 522-8338; *fax* (860) 728-0401
Fed. Bar No. 14650
mtaylor@hsklawfirm.com

SO ORDERED:

_____
U.S.D.C., J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WESTPORT INSURANCE CORP., | : CIVIL ACTION NO: 3:02-cv-01824(AVC) |
| Plaintiff, | : |
| v. | : |
| TOWN OF BRANFORD, ET AL, | : |
| Defendants. | : SEPTEMBER 22, 2005 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the Plaintiff, Westport Insurance Corp., in the above-captioned case.

                      PLAINTIFF
                      WESTPORT INSURANCE CORP.

By: /s/ Diane Bucci
Diane Bucci (ct23763)
Robinson & Cole LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
E-mail: dbucci@rc.com

STAM1-798501-1         EXHIBIT A

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage paid, this 22nd day of September, 2005 to the following counsel of record:

Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham Street, P.O. Box 261798
Hartford, CT 06126-1798
*Atty for Town of Branford*
*Atty for Georgette Laske*
*Atty for Margaret Hall*
*Atty for Edward Masotta*
*Atty for Thomas Woodford*
*Atty for Legion Insurance Co.*
*Atty for Conn Insurance Guaranty Assn*

US Court of Appeals
Office of the Clerk
US Courthouse
Foley Square
New York, NY 10007+
*Notice to USCA*

Diane Bucci

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on September 29, 2005 to the following:

Jack G. Steigelfest, Esq.
**Howard, Kohn, Sprague & Fitzgerald**
237 Buckingham Street
P. O. Box 261798
Hartford, CT 06126

Attorney Diane Bucci
**Robinson & Cole, LLP**
Financial Centre
695 East Main Street
P. O. Box 10305
Stamford, CT 06904

Mr. Steven Garrett
**Westport Insurance Corporation**
GE Insurance Solutions Property &
 Casualty Insurance
P.O. Box 2991
Overland Park, Kansas 66201-1391
(File No. 592778-CP)

_____
MICHAEL S. TAYLOR