02cv1824mwthd

65

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 SEP 29 P 2: 18

| | | |
|---|---|---|
| WESTPORT INSURANCE CORP., | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02 CV 01824(AVC) |
| VS. | : | |
| TOWN OF BRANFORD, ET AL | : | |
| Defendants | : | SEPTEMBER 29, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves for leave to withdraw his appearance on behalf of the Plaintiff Westport Insurance Corporation. Good cause exists for withdrawal because other counsel has appeared for the Westport Insurance Corporation. A copy of the appearance of Attorney Diane Bucci of the law firm of Robinson & Cole, LLP on behalf of the Westport Insurance Corporation is attached hereto as Exhibit A.

MICHAEL S. TAYLOR
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105
(860) 522-8338; *fax* (860) 728-0401
Fed. Bar No. 14650
mtaylor@hsklawfirm.com

02CV1824END65

SO ORDERED:

_____
U.S.D.C., J.

3:02CV01824(AVC) October 7, 2005. The motion to/withdraw appearance is GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.