**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

WESTPORT INSURANCE CORP : Plaintiff, :
V. :
: CIVIL NO. 3:02-cv-01824 (AVC)
TOWN OF BRANFORD, et al. :
:
Defendant. :
:
: NOVEMBER 21, 2005

**INDEX TO RECORD ON APPEAL**

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 10/17/02 | 1 | COMPLAINT | 1 |
| 6/21/04 | 20 | MOTION TO SUBSTITUTE PARTY | 2 |
| 7/16/04 | 21 | ORDER GRANTING MOTION TO SUBSTITUTE PARTY | 3 |
| 11/01/04 | 31 | COUNTERCLAIM AGAINST WESTPORT INS CORP | 4 |
| 11/01/04 | 32 | MOTION FOR SUMMARY JUDGMENT by Town of Branford, CIGA, Hall, Lakse, Masotta & Woodford | 5 |
| 11/30/04 | 40 | SUBSTITUTED COMPLAINT | 6 |
| 11/30/04 | 41 | MOTION FOR SUMMARY JUDGMENT by Westport Ins Corp | 7 |

| | | | |
|---|---|---|---|
| 11/30/04 | 42 | MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 8 |
| 11/30/04 | 43 | STATEMENT OF MATERIAL FACTS RE MOTION FOR SUMMARY JUDGMENT | 9 |
| 11/30/04 | 44 | SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT by Town of Branford, CIGA, Hall, Lakse, Masotta & Woodford | 10 |
| 12/08/04 | 45 | MOTION FOR LEAVE TO FILE SUBSTITUTED LOCAL RULE 56(A)(1) STATEMENT | 11 |
| 12/08/04 | 46 | ANSWER TO SUBSTITUTED COMPLAINT AND COUNTERCLAIM | 12 |
| 12/08/04 | 47 | COUNTERCLAIM against Westport Ins Corp by CIGA | 13 |
| 12/13/04 | 49 | SUBSTITUTED STATEMENT OF MATERIAL FACTS by Town of Branford, CIGA, Hall, Lakse, Masotta & Woodford | 14 |
| 12/21/04 | 50 | MEMORANDUM IN OPPOSITION RE MOTION FOR SUMMARY JUDGMENT by Westport Ins Corp | 15 |
| 12/21/04 | 51 | STATEMENT OF MATERIAL FACTS RE MOTION FOR SUMMARY JUDGMENT by Westport Ins Corp | 16 |

| | | | |
|---|---|---|---|
| 12/21/04 | 52 | ANSWER TO COUNTERCLAIM by Westport Ins Corp | 17 |
| 12/21/04 | 53 | MEMORANDUM IN OPPOSITION RE MOTION FOR SUMMARY JUDGMENT by Town of Branford, Hall, Lakse, Masotta & Woodford | 18 |
| 12/21/04 | 54 | STATEMENT OF MATERIAL FACTS RE MOTION FOR SUMMARY JUDGMENT by Town of Branford, Hall, Lakse, Masotta & Woodford | 19 |
| 1/03/05 | 55 | REPLY by Town of Branford, Hall, Lakse, Masotta & Woodford | 20 |
| 4/15/05 | 57 | RULING DENYING MOTION FOR SUMMARY JUDGMENT (#32) | 21 |
| 5/18/05 | 58 | ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT (## 41 & 44) | 22 |
| 5/20/05 | 59 | JUDGMENT in favor of plaintiffs in part and defendants in part | 23 |
| 6/15/05 | 60 | NOTICE OF APPEAL | 24 |
| 6/20/05 | 61 | NOTICE OF CROSS APPEAL | 25 |

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, first class and postage prepaid, on this the 22d day of November, 2005, to:

Jack F. Steigelfest
Howard Kohn Sprague & FitzGerald, LLP
P.O. Box 261798
Hartford, CT 06126-1298

Linda L. Morkan