UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 NOV 23 A 11: 19

WESTPORT INSURANCE CORP
    Plaintiff,
V.

TOWN OF BRANFORD, et al.
    Defendant.

: CIVIL NO. 3:02-cv-01824 (AVC)

: NOVEMBER 23, 2005

## APPEARANCE

Please enter the appearance of the undersigned as attorney for the Plaintiff, Westport Insurance Corporation, in the above-captioned matter, in addition to any other appearances currently on file..

_____
Linda L. Morkan (ct 03196)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No. (860) 275-8219
Fax No. (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this the 23rd day of November 2005 to:

Jack F. Steigelfest
Howard Kohn Sprague & FitzGerald, LLP
P.O. Box 261798
Hartford, CT 06126-1298

　　　　　　　　　　　　　　　　　　　　　　　　Linda L. Morkan