

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT



UNITED STATES COURT OF APPEALS
FILED
JUN 27 2006
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

WESTPORT INS CORP.

v.

BRANFORD, ET AL.

DOCKET NO. 05-3093-cv (L)
05-3282(xap)

Nhct
02-CV-1824
Covello

The undersigned hereby stipulate that the above-captioned appeal and cross-appeal are hereby withdrawn with prejudice, without costs, and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Attorney for Appellant/Cross-Appellee
Jeffrey J. White, Robinson & Cole LLP

Attorney for Appellees/Cross-Appellants
Jack G. Steigelfest, Howard Kohn Sprague
& FitzGerald, LLP

**SO ORDERED.**

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
Stanley A. Bass, Staff Counsel

June 27, 2006

A TRUE COPY
Roseann B. MacKechnie, CLERK

DEPUTY CLERK

CERTIFIED: 6/28/06